**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | )    Chapter 7 |
| WILLIAMSTON HOSPITAL CORPORATION.[1] | ) |
|  | )    Case No. 23-11058 (BLS) |
| Debtor. | ) |
|  | ) |

**SCHEDULES OF ASSETS AND LIABILITIES OF**
**<u>WILLIAMSTON HOSPITAL CORPORATION (CASE NO. 23-11058)</u>**

---

[1]    The last four digits of Williamston Hospital Corporation's federal tax identification number are 9107. The location of Williamston Hospital Corporation's mailing address is 1573 Mallory Lane, Suite 100, Brentwood, TN 37027.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Chapter 7 |
| WILLIAMSTON HOSPITAL CORPORATION.[1] | ) |
| | ) Case No. 23-11058 (BLS) |
| Debtor. | ) |
| | ) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### INTRODUCTION

Williamston Hospital Corporation, as debtor in the above-captioned case (the "Debtor"), is filing its Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statement of Financial Affairs (the "SOFA") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These global notes and statement of limitations, methodology, and disclaimers regarding the Schedules and SOFA (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and SOFA. The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and the SOFA (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and SOFA.

The Debtor prepared the Schedules and SOFA with the assistance of its advisors and professionals and have relied upon the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's advisors and professionals. Given the scale of the Debtor's business, Christopher M. Harrison, the Debtor's duly authorized and designated representative (the "Authorized Representative") who has executed the Schedules and SOFA, has necessary relied upon the prior efforts, statements, and representations of employees and professionals of the Debtor and has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and SOFA including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

---

[1] The last four digits of Williamston Hospital Corporation's federal tax identification number are 9107. The location of Williamston Hospital Corporation's mailing address is 1573 Mallory Lane, Suite 100, Brentwood, TN 37027.

While the Debtor has made reasonable efforts under the circumstances to ensure that the Schedules and SOFA are accurate and complete based upon information that was available to it at the time of preparation, inadvertent errors or omissions may exist. Moreover, because the Schedules and SOFA contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and SOFA are complete or accurate.

The Debtor and its past or present directors, officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtor and its past or present officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtor or its past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

The Debtor reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and SOFA as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, SOFA, or Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to the Chapter 7 Case (as defined below), including, but not limited to, liability for any claims, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**The Schedules, SOFA, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor or its affiliates.**

**<u>GLOBAL NOTES REGARDING SCHEDULES & SOFA</u>**

1.  **<u>Description of the Chapter 7 Case</u>**. On August 3, 2023 (the "<u>Petition Date</u>"), the Debtor commenced a voluntary case under chapter 7 of the Bankruptcy Code (the "<u>Chapter 7 Case</u>").

2.  **<u>Basis of Presentation</u>**. The Schedules and SOFA neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("<u>GAAP</u>") in the United States, nor are they intended to be fully reconciled with the financial statements of the Debtor.

    Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, the Debtor may report more assets than liabilities. Such report shall not constitute an admission that the Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, reporting more liabilities than assets shall not constitute an admission that the Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date.

3.  **<u>Reporting Date</u>**. The reported asset values in Schedules A and B, with the exception of estimated cash balances, reflect the Debtor's asset values as of June 30, 2023 (the "<u>Reporting Date</u>"). Cash balances presented in Schedule A reflect bank balances as of August 3, 2023. The reported liability values in Schedules A and B, with the exception of intercompany payables, reflect the Debtor's liabilities as of August 3, 2023.

4.  **<u>Current Values</u>**. Other than estimated bank cash balances, and unless otherwise noted, the liabilities are based on the Debtor's accounting books and records; the assets are based on estimated values unless otherwise noted.

5.  **<u>Excluded Assets & Liabilities</u>**. The Debtor has excluded certain categories of assets, right of use assets and liabilities (lease accounting), tax accruals, and liabilities from the Schedules and SOFA, including, without limitation, employee health insurance liability accruals and software assets (MedHost), as these are assets belonging to QHCCS, LLC, an entity that provides management services to the Debtor, rather than the Debtor.

6.  **<u>Accuracy</u>**. Although the Debtor has made reasonable efforts under the circumstances to file complete and accurate Schedules and SOFA, inadvertent errors or omissions may exist. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtor should evaluate this financial information in light of the purposes for which it was prepared. The Debtor is not liable for and undertakes no responsibility to indicate variations from securities laws or for any evaluations of the Debtor based on this financial information or any other information. The Debtor reserves all rights to amend and/or supplement the Schedules and SOFA as is necessary or appropriate.

7.     **Net Book Value of Assets**. In many instances, current market valuations are not maintained by or readily available to the Debtor. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtor to obtain current market valuations for all assets. Therefore, estimated values are reflected in the Schedules and SOFA. When necessary, the Debtor has indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtor reserves all rights to amend, supplement, and adjust the asset values set forth in the Schedules and SOFA.

8.     **Currency**. All amounts shown in the Schedules and SOFA are in U.S. Dollars.

9.     **Inventory**. Inventory balances are reported at cost as of the Reporting Date.

10.     **Totals**. All totals that are included in the Schedules and SOFA represent totals of all the known amounts included in the Schedules and SOFA and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. Where a claim or other amount is marked as "unliquidated," but the Debtor also reports a dollar value, such dollar value may indicate only the known or determined amount of such claim or amount, the balance of which is unliquidated.

11.     **Reservation of Rights**. Nothing contained in the Schedules, SOFA, or Notes shall constitute a waiver of rights with respect to the Chapter 7 Case, including, but not limited to, the following:

    a.     Any failure to designate a claim listed on the Schedules and SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor or setoffs applied by such creditors against amounts due by such creditors to the Debtor with respect to other transactions between them. The Debtor reserves the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on its Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

    b.     Notwithstanding that the Debtor has made reasonable efforts under the circumstances to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus reserves all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFA at a later time as is necessary and appropriate.

c.      The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

d.      The listing of a claim does not constitute an admission of liability by the Debtor, and the Debtor reserves the right to amend the Schedules accordingly.

e.      The listing of a claim on Schedule D as "secured" or on Schedule E/F as "priority unsecured," or the listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a security interest has been undertaken. Except as provided in any order by the Bankruptcy Court that is or becomes final, the Debtor reserves all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

f.      In the ordinary course of its business, the Debtor leased property from certain third-party lessors for use in the daily operation of its business.  Any such leases are set forth on Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F.  Nothing in the Schedules or SOFA is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all rights with respect to any of such issues, including, the recharacterization thereof.

g.      The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

h.      Although the Debtor has made reasonable efforts under the circumstances to ensure the accuracy of its Schedules and SOFA, they nevertheless may contain errors and omissions. The Debtor hereby reserves all of its rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the Schedules and SOFA, and to amend and supplement the Schedules and SOFA as necessary.

i.      The Debtor further reserves all of its rights, claims, and causes of action with respect to the contracts and leases listed on the Schedules and SOFA, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

j.     Listing a contract or lease on the Schedules and SOFA shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtor hereby expressly reserves the right to assert that any contract listed on the Schedules and SOFA does not constitute an executory contract within the meaning of Bankruptcy Code section 365, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of Bankruptcy Code section 365.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES

**Schedules A/B**.

Part 1. In the ordinary course of business, the Debtor holds nominal amounts of petty cash on hand; however, it is difficult to determine the exact amount of petty cash on hand at any given time. As such, the amounts included in Part 1 reflect the Debtor's best estimates of petty cash as of August 3, 2023.

Part 10. Goodwill is not allocated to the Debtor by its parent entity, Quorum Health Corporation, and is therefore inapplicable.

**Schedule D**.

Debt of its parent entity, Quorum Health Corporation, is not allocated to the Debtor; rather, the Debtor is a subsidiary guarantor on the debt of Quorum Health Corporation, which includes obligations outstanding under that certain Term Loan Agreement, dated July 7, 2020, and that certain ABL Credit Agreement, dated July 7, 2020.  As of the Petition Date, approximately $626 million remained outstanding under the Term Loan Agreement and approximately $50.3 million remained outstanding under the ABL Credit Agreement. Following the Petition Date, the Debtor was released by the applicable lenders from any and all of its obligations under the ABL Credit Agreement.  The Debtor expects to be released by the applicable lenders from any and all of its obligations under the Term Loan Agreement in the near term.

The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. A determination of the date on which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim.

Reference to the applicable loan agreements and related documents or other instrument creating the purported lien is necessary for a complete description of the collateral and the nature, extent, and priority of liens.  Nothing in the Global Notes or the Schedules and SOFA shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

**Schedules E/F**. The claims listed on Schedules E/F arose and were incurred on various dates.  A determination of the date upon which each claim arose or was incurred would be unduly

burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Schedules E/F.

**Part 2**. The Debtor has made reasonable efforts under the circumstances to list all liabilities on Part 2 of each applicable Debtor's Schedule. The Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F. In addition, the Debtor reserves its right to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F. The Debtor have made reasonable efforts under the circumstances to include all unsecured creditors on Part 2 including, but not limited to, trade creditors, landlords, utility companies, consultants, and other service providers. The Debtor, however, believes that there are instances where creditors have yet to provide proper invoices for prepetition goods or services.

Part 2 contains information regarding pending litigation involving the Debtor. To the extent that litigation involving the Debtor has been identified, such information is included on Schedule E/F. Unknown amounts for potential claims are listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules.

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

The Debtor has not included in the Schedules and SOFA the future obligations of any capital or operating leases. To the extent there was an amount outstanding as of the Petition Date, the applicable creditor has been included on Schedule F.

The claims of individual creditors may not reflect credits and/or allowances due from creditors to the applicable Debtor. The Debtor reserves all of its rights with respect to any such credits and/or allowances, including the right to assert objections and/or setoffs or recoupments with respect to the same.

**Schedule G**. Although the Debtor has made reasonable efforts under the circumstances to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "Agreements"), inadvertent errors, omissions, or over-inclusion may have occurred. The Debtor may have entered into various other types of Agreements in the ordinary course of business, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G. The listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.

The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, and other documents, instruments, and agreements which may not be listed on Schedule G. Accordingly, the Debtor reserves all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Any and all of the Debtor's rights, claims, and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtor hereby reserves all of its rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G, and (iii) amend or supplement such Schedule as necessary.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE SOFA

**SOFA 1**. The amounts contained in SOFA 1 reflect balances as of June 30, 2023, which is the most recent information available to the Debtor.

**SOFA 7**. Information provided on SOFA 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum and omits threatened litigation that has not yet been commenced. While the Debtor made reasonable efforts under the circumstances to complete SOFA 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtor's response to SOFA 7.  The Debtor reserves all of its rights to amend or supplement its response to SOFA 7.

**SOFA 11**. The payments listed in SOFA 11 were made by QHCCS, LLC on the Debtor's behalf for services related to the Chapter 7 Case.  As of the Petition Date, McDermott Will & Emery LLP ("McDermott") has not been paid for its outstanding invoices for services provided relating to the Chapter 7 Case, whether by the Debtor or any other party.

**SOFA 16**. In the ordinary course of business, the Debtor collects and retains certain personally identifiable information of its patients, including, but not limited to, names, addresses, email addresses, and certain payment information.  Such information is subject to various regulations, including Health Insurance Portability and Accountability Act of 1996 ("HIPAA").

**SOFA 26(d)**. The Debtor contacted various parties in connection with its restructuring efforts, and the Debtor, through its advisors, may have shared certain financial information with those parties, who are not individually disclosed herein due to confidentiality restrictions.

### ***END OF GLOBAL NOTES***

### **SCHEDULES AND SOFA BEGIN ON THE FOLLOWING PAGE**

**Fill in this information to identify the case:**

**Debtor name:** Williamston Hospital Corporation

**United States Bankruptcy Court for the:** District of Delaware

**Case number:** 23-11058 (BLS)

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $4,918,080.68 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $75,866,693.40 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $80,784,774.08 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)   $684,117,986.62
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $1,815,142.77 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $61,485,354.76 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**   $747,418,484.15
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Williamston Hospital Corporation

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11058 (BLS)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $2,650.00 |
| The amount is based on the G/L Balance as of 6/30/23.  The company is unsure of actual cash on hand. | | | |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|---|
| 3.1 | Bank of America | Checking (Zero Balance Account) | 9028 | $0.00 |
| 3.2 | Truist Bank | Checking | 4129 | $39,781.76 |
| 3.3 | US Bank | Checking (Zero Balance Account) | 2619 | $0.00 |
| 3.4 | Wells Fargo Bank | AP Disbursement Account (Zero Balance Account) | 6714 | $0.00 |

**4. Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1 | None | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$42,431.76

---

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | None | $0.00 |
|-----|------|-------|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | See Schedule AB 8 Attachment | $502,886.63 |
|-----|------------------------------|-------------|

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$502,886.63

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| 11a. | 90 days old or less: | $14,465,715.00 | − | $12,715,768.00 | = ........ ➜ | $1,749,947.00 |
|------|----------------------|----------------|---|----------------|--------------|---------------|
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $6,804,197.00 | − | $6,134,777.00 | = ........ ➜ | $669,420.00 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$2,419,367.00

---

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:      % of ownership:

| 15.1 | | | | $0.00 |
|---|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1   None | | | | $0.00 |
| **20. Work in progress** | | | | |
| 20.1   None | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1   None | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1   Hospital Inventory and Supplies | 9/30/2022 | $1,015,075.33 | Net Book Value (Cost) | $1,015,075.33 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | $1,015,075.33 |
|---|---|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes

Book value        $21,986.52          Valuation method    Cost          Current value        $21,986.52

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                              $0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes

Book value        _____          Valuation method    _____          Current value        _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 None | | | $0.00 |
| **40. Office fixtures** | | | |
| 40.1 None | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Office Furniture, fixtures, and computer and other equipment | $118,278.80 | Net Book Value | $118,278.80 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $118,278.80 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1<br>None | | | $0.00 |
|---|---|---|---|

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1<br>None | | | $0.00 |
|---|---|---|---|

**49. Aircraft and accessories**

| 49.1<br>None | | | $0.00 |
|---|---|---|---|

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| 50.1<br>Hospital Equipment | $960,542.96 | Net Book Value | $960,542.96 |
|---|---|---|---|

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $960,542.96 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Building Improvements | Leased | $349,421.95 | | $349,421.95 |
| 55.2<br>Conference Center 310 S McCaskey Rd Williamston, NC | Owned | $190,645.97 | | $190,645.97 |
| 55.3<br>Land 310 S McCaskey Rd | Leased | $1,033,093.05 | | $1,033,093.05 |
| 55.4<br>Martin General Hospital 310 S McCaskey Rd Williamston, NC | Leased | $2,839,285.73 | | $2,839,285.73 |

| 55.5 | Medical Annex II - Building 310 S McCaskey Rd Williamston, NC | Leased | $154,855.2 | | $154,855.20 |
|------|-----|-----|-----|-----|-----|
| 55.6 | Medical Annex III - Building 310 S McCaskey Rd Williamston, NC | Leased | $73,366.08 | | $73,366.08 |
| 55.7 | Medical Arts - Building 310 S McCaskey Rd Williamston, NC | Leased | $277,412.70 | | $277,412.70 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$4,918,080.68

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:  Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|-----|-----|-----|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1  None | | | $0.00 |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1  National Provider Identification (NPI) | $77,615.00 | Net Book Value (Cost Savings Method) | $77,615.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1  None | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1  3M Software | $5,365.22 | Net Book Value | $5,365.22 |
| **65. Goodwill** | | | |
| 65.1  None | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $82,980.22 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☑ Yes

---

**Part 11:    All other assets**

---

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | | | | | |
|---|---|---|---|---|---|
| None | | total face amount | - | doubtful or uncollectible amount | = ➡ | $0.00 |

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | | | |
|---|---|---|---|
| See Schedule AB 72 Attachment | Tax year | | $41,966,135.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | Commercial Property Insurance - Policy No. US00090781PR23A (Debtor is Covered Party - Named Insured is Quorum Health Corporation) | Undetermined |
|---|---|---|
| 73.2 | Commercial Property Insurance - Policy No. US00090781PR23A (Debtor is Covered Party - Named Insured is Quorum Health Corporation) | Undetermined |
| 73.3 | Commercial Property Insurance - Policy No. US00090781PR23A (Debtor is Covered Party - Named Insured is Quorum Health Corporation) | Undetermined |
| 73.4 | "Cyber Liability Insurance - Policy No. W26E43230501 (Debtor is Covered Party - Named Insured is Quorum Health Corporation)" | Undetermined |

73.5    "Cyber Risk Excess - Policy No. CYX POL 000 07 17                                    Undetermined
        (Debtor is Covered Party - Named Insured is Quorum Health Corporation)"

73.6    "Professional & General Liability Insurance - Policy No. NKM-593-23-NC-1             Undetermined
        (Debtor is Covered Party - Named Insured is Quorum Health Corporation)"

73.7    "Property Insurance - Policy No. ZMD4453923-04                                       Undetermined
        (Debtor is Covered Party - Named Insured is Quorum Health Corporation)"

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1    None                                                                                 $0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1    None                                                                                 $0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1    None                                                                                 $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1    Intercompany Receivable - Williamston Clinic Corp.                                   $28,665,567.45

77.2    Rent Receivable                                                                      $809.65

77.3    Sign on Bonus - Dr. Sanjay Mehra (Cardiology)                                        $9,027.77

77.4    Sign on Bonus - Renea Price (Family Medicine)                                        $972.25

77.5    Supply Rebate                                                                        $11,731.07

77.6    Tier 1 Hardware                                                                      $70,887.51

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                          $70,725,130.70

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:** **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $42,431.76 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $502,886.63 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $2,419,367.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $1,015,075.33 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $118,278.80 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $960,542.96 | |
| **88. Real property. Copy line 56, Part 9.** | → | $4,918,080.68 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $82,980.22 | |
| **90. All other assets.** Copy line 78, Part 11. | $70,725,130.70 | |
| **91. Total. Add lines 80 through 90 for each column** 91a. | $75,866,693.40 | 91b. $4,918,080.68 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $80,784,774.08 |

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---:|
| Prepaid Dues - NCHA Dues-2023 | $4,580.02 |
| Prepaid Dues - NCHA Dues-2023 (AHA) | $6,218.02 |
| Prepaid Dues - NCHA Patient Data Systems 2022 | $2,471.70 |
| Prepaid Dues - NRHA-Level 3 Member Dues | $1,687.50 |
| Prepaid Dues - Strata | $5,747.83 |
| Prepaid Hiring Fee - Lee Ann Sorto | $8,333.33 |
| Prepaid Insurance - MARSH USA Inc (Dominion Virginia Energy Utility Deposit) | $58.87 |
| Prepaid Other - Carnahan | $1,000.00 |
| Prepaid Other - DXC Additional Server Maintenance | $13,591.36 |
| Prepaid Other - DXC Service Maintenance | $14,662.20 |
| Prepaid Other - The Compliance Team | $4,125.00 |
| Prepaid Other - The Joint Commission (JCAHO)  Annual Fee-General Med/Surg, General O/P, Emergency, Lab | $2,859.98 |
| Prepaid Other - The Joint Commission (JCAHO)  Lab Accred.Cert | $2,651.26 |
| Prepaid Other - The Joint Commission (JCAHO)  ORYX Program | $887.48 |
| Prepaid Other - The Joint Commission (JCAHO)  Triannual 2019 | $8,566.64 |
| Prepaid Service Agreement - Adobe Systems, Inc. | $1,092.37 |
| Prepaid Service Agreement - Advanced Sterilization Products | $2,713.00 |
| Prepaid Service Agreement - Ahead Inc | $1,085.71 |
| Prepaid Service Agreement - Ahead Inc (Data Blue, LLC) | $238.51 |
| Prepaid Service Agreement - Ahead Inc (Data Blue, LLC) | $187.34 |
| Prepaid Service Agreement - American Case Management | $300.00 |
| Prepaid Service Agreement - AORN (eGuidelines+) | $219.01 |
| Prepaid Service Agreement - Applied Statistics & Management Inc. | $2,172.50 |
| Prepaid Service Agreement - Avelead Consulting (Chargemaster Subscription) | $5,850.00 |
| Prepaid Service Agreement - Bayer Healthcare-CT Directcare Basic Stellant SX | $1,509.35 |
| Prepaid Service Agreement - Beckman Coulter (DXC 600i Pro) | $1,853.31 |
| Prepaid Service Agreement - Carefusion | $6,160.00 |
| Prepaid Service Agreement - Cerner Corporation | $152.20 |
| Prepaid Service Agreement - Change Healthcare, LLC | $8,166.66 |
| Prepaid Service Agreement - CLIA ACCREDITATION    8/21 - 7/23 | $109.84 |
| Prepaid Service Agreement - CLIA ACCREDITATION    8/23 - 7/25 | $2,638.00 |
| Prepaid Service Agreement - CLSI | $609.75 |
| Prepaid Service Agreement - Daikin Applied (Quarterly Chiller Maintenance) | $7,407.50 |
| Prepaid Service Agreement - Datix USA, Inc | $239.64 |
| Prepaid Service Agreement - Datix USA, Inc | $1,212.68 |
| Prepaid Service Agreement - Docusign | $4,238.26 |
| Prepaid Service Agreement - Docusign | $237.14 |
| Prepaid Service Agreement - Dyna Scan Technical Services (Infrared Inspection of Electrical System | $2,730.00 |
| Prepaid Service Agreement - Easyllama Inc | $1,384.31 |
| Prepaid Service Agreement - Emergency Care Research (ERCI) | $1,348.35 |
| Prepaid Service Agreement - Fortra LLC (Sequel Software Maintenance) | $2,250.09 |
| Prepaid Service Agreement - Global Healthcare Exchange | $244.43 |
| Prepaid Service Agreement - Global Healthcare Exchange | $993.43 |
| Prepaid Service Agreement - Global Healthcare Exchange | -$744.70 |
| Prepaid Service Agreement - Global Healthcare Exchange | $1,563.90 |
| Prepaid Service Agreement - Global Healthcare Exchange | $210.70 |
| Prepaid Service Agreement - Global Healthcare Exchange | $3,614.15 |
| Prepaid Service Agreement - HC Info (LAMPS Plan (WMP)) | $742.45 |
| Prepaid Service Agreement - Healthstream Inc (Press Ganey) | $348.92 |
| Prepaid Service Agreement - Help Systems LLC | $50.39 |
| Prepaid Service Agreement - Help Systems LLC | $82.91 |

**SCHEDULE AB 8 ATTACHMENT**

Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid Service Agreement - HootSuite Inc | $1,789.56 |
| Prepaid Service Agreement - Identity Automation | $3,871.63 |
| Prepaid Service Agreement - Insight Direct US | $76.08 |
| Prepaid Service Agreement - Insight Direct US | $2,053.95 |
| Prepaid Service Agreement - Insight Direct US | $4,742.51 |
| Prepaid Service Agreement - Insight Direct US | $2,344.52 |
| Prepaid Service Agreement - Insight Direct US | $9,485.11 |
| Prepaid Service Agreement - Insight Direct US | $1,564.04 |
| Prepaid Service Agreement - InTouch Health (Teledoc Health) Reclass | $336.69 |
| Prepaid Service Agreement - MCG Health LLC | $1,014.54 |
| Prepaid Service Agreement - Medhost of TN | $327.42 |
| Prepaid Service Agreement - Medhost of TN | $23,178.87 |
| Prepaid Service Agreement - Microsoft Corporation | $26,435.09 |
| Prepaid Service Agreement - Microsoft Corporation | $4,157.46 |
| Prepaid Service Agreement - Microsoft Corporation (Year 2) | $86,921.79 |
| Prepaid Service Agreement - Microsoft Corporation (Year 3) | $86,921.79 |
| Prepaid Service Agreement - Mindray DS USA | $18,679.24 |
| Prepaid Service Agreement - Moreholdings Inc | $2,026.70 |
| Prepaid Service Agreement - MSDS Online, Inc | $1,894.45 |
| Prepaid Service Agreement - Park Place Technologies | $1,142.99 |
| Prepaid Service Agreement - Perceptyx, Inc | $3,903.83 |
| Prepaid Service Agreement - Progress Software Co. | $21.18 |
| Prepaid Service Agreement - Risk Connect Inc | $5,611.53 |
| Prepaid Service Agreement - Riverbed Technologies | $3,607.44 |
| Prepaid Service Agreement - Riverbed Technologies | $1,064.48 |
| Prepaid Service Agreement - Siemens Industry Inc | $4,824.00 |
| Prepaid Service Agreement - StaffBase Canada Systems Inc. | $425.98 |
| Prepaid Service Agreement - Stratasan LLC | $15,877.24 |
| Prepaid Service Agreement - Stratasan LLC | $2,425.57 |
| Prepaid Service Agreement - Streamline Health Solutions | $19,800.00 |
| Prepaid Service Agreement - Tech Mahindra Ltd. | $2,372.46 |
| Prepaid Service Agreement - Tech Mahindra Ltd. | $576.14 |
| Prepaid Service Agreement - Tech Mahindra Ltd. | $207.80 |
| Prepaid Service Agreement - Tech Mahindra Ltd. | $621.05 |
| Prepaid Service Agreement - Tech Mahindra Ltd. | $1,381.04 |
| Prepaid Service Agreement - The Ultimate Software Group (UKG) | $3,156.33 |
| Prepaid Service Agreement - Therapeutic Research | $845.93 |
| Prepaid Service Agreement - Valpara Health, Inc. | $1,527.42 |
| Prepaid Service Agreement - Welch Allyn Inc | $13,500.00 |
| Prepaid Service Agreement - WP Engine, Inc | $355.32 |
| Prepaid Service Agreement - Zynx Healthcare | $1,164.17 |
| **Total:** | **$502,886.63** |

**SCHEDULE AB 72 ATTACHMENT**
Tax Refunds and Unused Net Operating Losses (NOLs)

| Description | Tax Year | Current Value |
|---|---|---|
| Federal NOLs | 12/31/2016 | $980,830.00 |
| Federal NOLs | 12/31/2017 | $1,420,311.00 |
| Federal NOLs | 12/31/2018 | $2,001,007.00 |
| Federal NOLs | 12/31/2019 | $2,173,962.00 |
| Federal NOLs | 12/31/2020 | -$663,235.00 |
| Federal NOLs | 12/31/2021 | $5,348,202.00 |
| State NOLs | 12/31/2007 | $1,327,806.00 |
| State NOLs | 12/31/2008 | $2,375,911.00 |
| State NOLs | 12/31/2010 | $2,992,333.00 |
| State NOLs | 12/31/2011 | $2,434,508.00 |
| State NOLs | 12/31/2012 | $266,638.00 |
| State NOLs | 12/31/2013 | $1,487,057.00 |
| State NOLs | 12/31/2014 | $4,955,916.00 |
| State NOLs | 12/31/2015 | $5,849,720.00 |
| State NOLs | 12/31/2016 | $1,426,484.00 |
| State NOLs | 12/31/2017 | $1,658,959.00 |
| State NOLs | 12/31/2018 | $1,871,301.00 |
| State NOLs | 12/31/2019 | $1,229,702.00 |
| State NOLs | 12/31/2020 | -$420,658.00 |
| State NOLs | 12/31/2021 | $3,249,381.00 |
| | **Total:** | **$41,966,135.00** |

The 12/31/2022 Tax Return has not been filed yet

In re: Williamston Hospital Corporation
Case No. 23-11058 (BLS)                    Page 1 of 1

**Fill in this information to identify the case:**

Debtor name: Williamston Hospital Corporation

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11058 (BLS)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** List Creditors Who Have Claims Secured by Property

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL CREDIT AGREEMENT,

C/O WALLER LANSDEN DORTCH & DAVIS, LLP, ATTN: GERALD MACE, 511 UNION STREET, SUITE 2700, NASHVILLE, TN 37219

**Date debt was incurred?**
7/7/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority. CREDIT SUISSE FIRST LIEN ON "ABL PRIORITY COLLATERAL", SECOND LIEN ON ALL OTHER ASSETS. UMB BANK FIRST LIEN ON ALL ASSETS EXCEPT "ABL PRIORITY COLLATERL' AND SECOND LIEN ON "ABL PRIORITY COLLATERAL"

**Describe debtor's property that is subject to the lien:**
SUBSTANTIALLY ALL OF THEIR CURRENT AND FUTURE ASSETS, INCLUDING PERSONAL AND REAL PROPERTY.

**Describe the lien**
GAURANTOR OF THE ABL CREDIT AGREEMENT

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

| | $50,300,000.00 | UNDETERMINED |
|---|---|---|

2.2

KONICA MINOLTA PREMIER FINANCE, PO BOX 35701, BILLINGS, MT 59107-5701

**Date debt was incurred?**
3/7/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
LEASED EQUIPMENT AS DESCRIBED IN UCC FINANCING STATEMENT 20170022713G

**Describe the lien**
EQUIPMENT LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED          UNDETERMINED

2.3

LEASING ASSOCIATES OF BARRINGTON, INC., 33 W HIGGINS ROAD, SUITE 1030, SOUTH BARRINGTON, IL 60010

**Date debt was incurred?**
5/27/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
LEASED EQUIPMENT AS DESCRIBED IN UCC FINANCING STATEMENT 20210071323B

**Describe the lien**
EQUIPMENT LEASE

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,701.33          UNDETERMINED

2.4

OLYMPUS AMERICA INC., 3500 CORPORATE PARKWAY, CENTER VALLEY, PA 18034

**Date debt was incurred?**
10/10/2017

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
EQUIPMENT AS DESCRIBED IN UCC FINANCING STATEMENT 20170104438A

**Describe the lien**
EQUIPMENT FINANCING

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,238.21          UNDETERMINED

2.5

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE LAST OUT TERM LOAN,

C/O ARENTFOX SCHIFF LLP, ATTN JEFFREY R. GLEIT, 1301 AVENUE OF THE AMERICAS, 42ND FLOOR, NEW YORK, NY 10019

**Date debt was incurred?**
7/7/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
CREDIT SUISSE FIRST LIEN ON "ABL PRIORITY COLLATERAL", SECOND LIEN ON ALL OTHER ASSETS. UMB BANK FIRST LIEN ON ALL ASSETS EXCEPT "ABL PRIORITY COLLATERL' AND SECOND LIEN ON "ABL PRIORITY COLLATERAL"

**Describe debtor's property that is subject to the lien:**
SUBSTANTIALLY ALL OF THEIR CURRENT AND FUTURE ASSETS, INCLUDING PERSONAL AND REAL PROPERTY.

**Describe the lien**
GAURANTOR OF THE LAST OUT TERM LOAN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$8,000,000.00          UNDETERMINED

**2.6**

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN,

C/O ARENTFOX SCHIFF LLP, ATTN JEFFREY R. GLEIT, 1301 AVENUE OF THE AMERICAS, 42ND FLOOR, NEW YORK, NY 10019

**Date debt was incurred?**
7/7/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority. CREDIT SUISSE FIRST LIEN ON "ABL PRIORITY COLLATERAL", SECOND LIEN ON ALL OTHER ASSETS. UMB BANK FIRST LIEN ON ALL ASSETS EXCEPT "ABL PRIORITY COLLATERL' AND SECOND LIEN ON "ABL PRIORITY COLLATERAL"

**Describe debtor's property that is subject to the lien:**
SUBSTANTIALLY ALL OF THEIR CURRENT AND FUTURE ASSETS, INCLUDING PERSONAL AND REAL PROPERTY.

**Describe the lien**
GAURANTOR OF TERM LOAN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

$625,798,557.07    UNDETERMINED

---

**2.7**

US BANK EQUIPMENT FINANCE, A DIV OF US BANK, NA, 1310 MADRID ST, MARSHALL, MN 56258

**Date debt was incurred?**
4/20/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
EQUIPMENT AS DESCRIBED IN UCC FINANCING STATEMENT 20170077792C

**Describe the lien**
EQUIPMENT FINANCING

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,055.88    UNDETERMINED

| 2.8 | | | |
|---|---|---|---|
| WESTERN ALLIANCE EQUIPMENT FINANCE, 1 EAST WASHINGTON, STE 1400, PHOENIX, AZ 85004 | **Describe debtor's property that is subject to the lien:** EQUIPMENT AS DESCRIBED IN UCC FINANCING STATEMENT 20180064600J | $13,434.13 | UNDETERMINED |

**Date debt was incurred?**
5/29/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**
EQUIPMENT FINANCING

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $684,117,986.62

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |
| 3.2 CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL, ATTN: PATRICK HART, 11 MADISON AVENUE, NEW YORK, NY 10010 | 1 | |
| 3.3 CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL, C/O SECTOR FINANCIAL INC., ATTN: HEALTHCARE PORTFOLIO MANAGER, 5404 WISCONSIN AVENUE, SUITE 410, CHEVY CHASE, MD 20815 | 1 | |
| 3.4 UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE LAST OUT TERM LOAN, ATTN GAVIN WILKINSON, 120 SOUTH SIXTH STREET, SUITE 1400, MINNEAPOLIS, MN 55402 | 5,6 | |

3.5

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM
LOAN, ATTN GAVIN WILKINSON, 120 SOUTH SIXTH STREET, SUITE 1400,
MINNEAPOLIS, MN 55402

5,6

**Fill in this information to identify the case:**

Debtor name: Williamston Hospital Corporation

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11058 (BLS)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

AMBROSE, LETITIA R. , 622 AVOCA FARM RD, MERRY HILL, NC 27957

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $11,407.18    Priority amount: $11,407.18

**2.2**

ANDERSON, JONATHAN, 2567 ROSEWOOD DR, WINTERVILLE, NC 28590

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,248.74    Priority amount: $1,248.74

2.3

ANGE, KAYLA, 33081 US HIGHWAY 64, JAMESVILLE,
NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**        $13,538.63        $11,696.22
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.4

ASKEW, LINDA S. , 215 TIMBER LANE, WINDSOR, NC
27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**        $5,789.66        $4,748.07
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.5

AYERS, SPENCER K. , 12405 NC HWY 903, HAMILTON,
NC 27840

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**        $5,760.00        $5,760.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.6**

BARBER, BRADY H. , 1080 GREEN ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $11,106.36    $8,478.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.7**

BARBER, CASEY D. , 106 LOBLOLLY DRIVE, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $8,265.01    $7,230.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.8**

BARBER, PHYLLIS A. , 1341 WYNN ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $5,889.20    $5,889.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.9

BARNES, SHATYRA J. , 543A WOODARD RD, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,400.43                    $5,400.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.10

BARROW, MEGAN L. , 213 MARSHALL AVENUE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,920.92                    $4,749.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.11

BASS, TARA W. , 220 BASS LANE, TARBORO, NC 27886

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $10,806.30                    $10,056.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.12

BATTS, CARLA B. , 3766 POPLAR POINT RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $25,772.34        $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.13

BEACH, CRYSTAL L. , 3746 BAILEY ROAD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $17,208.21        $10,938.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.14

BEDGOOD, TEIA R. , 2230 NATHAN ROBERSON RD,
JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $17,105.83        $13,219.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.15

BIGGS, SHONTA P. , 3619 JONES RD, WILLIAMSTON,
NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $6,409.97          $5,419.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.16

BLACK, DAWN W. , 112B NEW HOPE LANE, WINDSOR,
NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $11,698.55          $8,019.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.17

BLANTON, JEREMY S. , 3193 N. OLD CARRIAGE RD.,
ROCKY MOUNT, NC 27804

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $864.09          $864.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.18**

BOND, CONNIE H. , 1890 WEST ISLANDS RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,660.21      $6,500.33

---

**2.19**

BONDS, ANNIE P. , 5861 EVERETTS ROAD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$28,397.82      $15,150.00

---

**2.20**

BOOTH, JOSETTE, 14423 OLD US HWY 64 ALT,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,126.75      $5,577.77

**2.21**

BOWEN, SHERRY W. , 1622 W MAIN ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $12,700.14    $12,021.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.22**

BOWEN, TONYA K. , 1190 FOREST DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $25,735.90    $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.23**

BRADLEY, ADA L. , 1094 ALLISON RD, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $12,508.65    $10,135.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.24**

BROWN, COURTNEY, 921 US HWY 13 AND 17 SOUTH, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                    $7,363.77                    $7,363.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.25**

CABARRUS, ERICA, 117 OLD ROPER ROAD, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                    $4,651.82                    $4,651.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.26**

CABELEIRA, MARY, 1710 KEHUKEE PARK RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:                    $5,489.73                    $5,378.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.27

CAMPBELL, JENNIFER L. , 3526 POPLAR POINT RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $12,754.72    $9,799.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.28

CARTER, MICHELLE H. , 1055 SWINSON RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $24,317.47    $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.29

CHANCE, JAMES L. , 609 W. CHURCH, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $5,212.32    $4,880.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.30

CHAPMAN, STATON, 6099 HASSEL RD,
ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**    $6,496.61    $6,496.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.31

CHAWLA, DHRUVA, 1046 CRUZ ST, WILLIAMSTON, NC
27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**    $139,979.91    $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.32

CHAWLA, HARSH, 1016 CRUZ ST, WILLIAMSTON, NC
27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**    $113,958.64    $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.33**

CLARK, BRION M. , 8004 W MAIN STREET EXT, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $4,471.68       $4,396.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.34**

CLIFTON, NAOMI D. , 2415 MILL RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $8,905.25       $8,105.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.35**

COBURN, VERNA M. , PO BOX 604, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $5,616.57       $3,762.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.36

COFER, HEATHER G. , 302 POTOMAC DR,
CHOCOWINITY, NC 27817

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $10,023.77     $9,456.35
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

2.37

COLLIE, CATHERINE, 105 NOTTINGHAM DR,
GOLDSBORO, NC 27530

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $14,811.12     $14,811.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

2.38

COTE', KIMBERLY L. , 670 EVINS LANE, PINETOWN, NC
27865

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $4,656.44     $4,656.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.39**

COWIN, DEBORAH, 6159 RIVER RD, WASHINGTON, NC 27889

**As of the petition filing date, the claim is:** $1,474.62 $1,474.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Basis for the claim:**
WARN ACT CLAIM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.40**

COX, AMANDA, 132 MULBERRY DR, WASHINGTON, NC 27889

**As of the petition filing date, the claim is:** $11,800.80 $11,800.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Basis for the claim:**
WARN ACT CLAIM

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.41**

CRANDELL, BETTY J. , 3286 NC HIGHWAY 903N, STOKES, NC 27884

**As of the petition filing date, the claim is:** $10,562.40 $7,220.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

2.42

CRATT, DONNA H. , 4636 US HIGHWAY 17,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $17,776.32          $14,747.36
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.43

DAIL, TAYLOR, 404 N GRIMES ST, ROBERSONVILLE, NC
27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $11,581.08          $9,914.37
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.44

DANIELS, ROSA L. , 1066 BROWN DR, WILLIAMSTON,
NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $6,730.01          $4,841.37
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.45

DARR M.D., ANTHONY J., 223 MIDVALE ST, FALLS
CHURCH, VA 22046

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $38,250.00        $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.46

DAVIDSON, SARA, 127 E ASKEWVILLE ST., WINDSOR,
NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $14,118.61        $14,118.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.47

DAVIS, KAREN K. , 550 MORRIS FORD RD, COLERAIN,
NC 27924

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $5,333.84        $5,333.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.48**

DAVIS, PAMELA H. , 2738 LONG RIDGE RD, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $13,075.93              $7,966.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.49**

DAVIS, TYLER, 1812 SULGRAVE RD., GREENVILLE, NC 27858

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,256.28              $2,256.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.50**

DICKERSON, TRACEY H. , 1170 HARDISON RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $15,427.68              $13,148.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.51**

DIXON, STEPHANIE S. , 1262 BRANCH ROAD, WINTERVILLE, NC 28590

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $1,549.34                $1,549.34
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.52**

DREW, MCKENZIE, 1236 MEADOW BRANCH ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $10,293.06               $10,138.48
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**2.53**

DUFFY, MARTI, 3039 CAMP LEACH ROAD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $15,801.41               $15,063.01
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.54

DUVALL, BETTY R. , 306 OAK ST, WILLIAMSTON, NC
27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $8,316.04                    $6,737.04
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.55

EDWARDS, LEIGH T. , 4137 EDGEWOOD DR., AYDEN, NC
28513

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,961.15                    $2,961.15
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.56

EICHHORN, TONI-PAT M. , 210 CHURCH RD, AHOSKIE,
NC 27910

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,726.97                    $1,726.97
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.57

ELLIS, STEPHANIE L. , 655 BROOKFIELD DR, WINTERVILLE, NC 28590

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $23,230.24          $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.58

FINN, HAROLD N. , 4437 U S HWY 17, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $29,464.65          $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.59

FISHER, BRENDA F. , P O BOX 1244, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $6,885.58          $5,868.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.60

FRAUENPREIS, KURT E. , 313 BLUEBEECH LN,
GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $48,174.81          $15,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.61

FREEMAN, ALEXANDRA B. , 2420 MCCASKEY RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $2,729.24          $2,729.24
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.62

GARDNER, CHRISTOPHER, 1560 ACORN HILL RD,
TARBORO, NC 27886

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $1,846.73          $1,846.73
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.63

GARRISON, KIMBERLY, 2735 CHERRY RUN RD, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $10,447.19          $10,447.19
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.64

GILES, REBECCA, 1203 FORT BRANCH ROAD, OAK CITY, NC 27857

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,871.47          $5,392.73
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.65

GILLIARD, TRAVIS M. , 207 KIMBERLY DR, EDENTON, NC 27932

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $7,365.92          $7,365.92
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.66

GINN, CHRISTINE M. , 207 ROBIN DR, PLYMOUTH, NC
27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $23,228.78                    $14,857.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.67

GOSS, VERNA R. , 311 W SIMMONS, WILLIAMSTON, NC
27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,153.66                    $2,153.66
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.68

GRIFFIN, AMANDA S. , 263 ADAMS LANE,
WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $15,052.54                    $12,893.42
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.69**

GURGANUS, JANICE C. , P.O. BOX 56, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$8,902.15          $5,528.22

**2.70**

HAGLER, MORGAN, 2274 HOLLOW POND RD, WILLIAMSTON, NC 27982

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$4,147.27          $4,147.27

**2.71**

HALL, KIMBERLY, 347 CEDAR LANDING RD, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$6,787.47          $6,612.85

2.72

HARDISON, MICHELLE F. , 5782 NC HWY 171,
JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $16,184.02              $12,729.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.73

HARDISON, REGINA W. , 8071 US HWY 17,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $28,851.59              $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.74

HARDISON, THOMAS J. , 1105 WEST MAIN ST,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $22,502.19              $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.75

HARRELL, BONNIE, 18377 NC 903, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $7,177.72   $7,177.72
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.76

HARRIS, CHARLENE P. , 5250 WILDCAT ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $14,801.74   $11,328.33
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.77

HARRISON, VICTORIA G. , 1527 KADER LILLEY RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $5,741.68   $4,910.98
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.78

HARVEY, WYATT, 2094 NC HWY 32 SOUTH, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                     $7,763.26          $6,957.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.79

HEATH, RHONDA W. , 105 CANTERBERRY RD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                     $14,621.82          $13,379.06
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.80

HILL, KIMBERLY H. , P O BOX 234, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                     $12,382.17          $10,032.23
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.81**

HUDGINS, ANN, 522 NORTHWOOD RD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $16,115.14    $14,430.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.82**

HUDGINS, CAMILLA, 1080 SANDY HILL LN, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $7,093.79    $6,935.17
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.83**

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:** Undetermined    Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.84

JACOBSON, JOHN H. , 10355 NC HWY 171,
JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $38,998.54          $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.85

JEFFERSON, MORGAN L. , 980 BIGGS RD, PINETOWN,
NC 27865

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $11,554.09          $9,735.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.86

JONES, CHENOA E. , 129 HASSELL AVE, WASHINGTON,
NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $13,101.71          $11,781.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.87

JONES, KATELYN, 2684 MULBERRY LN, GREENVILLE, NC 27858

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,717.20          $1,717.20

2.88

JONES, SHARON, 1105 KELSEY LANE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,716.89          $4,439.37

2.89

JOYNER, BARRY, 1740 INDIANWOODS ROAD, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,926.98          $4,926.98

2.90

KING, NONIE B. , 307 CENTER ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $5,202.69          $4,025.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.91

LANGLEY, BETTY N. , 2780 CRATT RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $17,468.20          $13,548.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.92

LANGLEY, HEATHER R. , 7425 PRISON CAMP RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $11,569.32          $11,051.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.93

LANGLEY, JEREMY L. , 7425 PRISON CAMP RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**          $16,571.67          $12,298.43
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.94

LASSITER, STEPHANIE M. , 2011 GOVERNORS ROAD, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**           $2,657.32           $2,657.32
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.95

LATIMER, ROSE M. , 1740 OLD WILLIAMSTON RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_4_)

**As of the petition filing date, the claim is:**          $12,172.43           $8,129.35
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.96

LAWRENCE, SHELTON, 118 S. PEARL ST.,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $4,733.97              $4,733.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.97

LAWRENCE, WHITLEY A. , 233 WHITES RD, COLERAIN,
NC 27924

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $18,729.07              $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.98

LONG, JOHNNIE S. , 7689 NC HWY 33 NW, TARBORO,
NC 27886

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $3,429.78              $3,429.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.99**

LYLE, LISA, 1600 LEE HOLLIDAY RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__4__)

As of the petition filing date, the claim is:      $17,052.08           $13,847.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.100**

LYLE, SANDRA, 8505 NC HWY 99 N, PANTEGO, NC 27860

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__4__)

As of the petition filing date, the claim is:      $15,590.86           $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.101**

MARTIN COUNTY TAX ASSESSOR, ATTN MELISSA PHILLIPS, 305 EAST MAIN STREET (ROOM 127), WILLIAMSTON, NC 27982

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (__8__)

As of the petition filing date, the claim is:      Undetermined          Undetermined
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.102

MARTIN, SAMANTHA F. , 206 N PARK AVE,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $8,508.15    $6,601.32
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.103

MASON, DAVID J. , 2243 LONG RIDGE RD, PINETOWN,
NC 27865

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $13,582.75    $13,009.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.104

MASON, LISA, 15371 NC 32 HIGHWAY N, PINETOWN,
NC 27865

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $15,135.73    $13,230.23
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.105

MCCABE, RUTH P. , 414 N MARTIN LUTHER KING DR, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $13,001.99        $9,395.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.106

MEEKINS III, GORDON W., 2450 THURMAN GRIFFIN RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $16,269.61        $11,470.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.107

MEETZE, KELLY B. , 1055 VAN NORTWICK, WILLIAMSTON, NC 27892-7667

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $14,638.10        $10,024.71
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.108

MEHRA, SANJAY, 738 LEXINGTON DRIVE, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $83,753.00        $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.109

MILLER, MARY P. , 110 DOE LANE, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,824.77        $4,914.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.110

MILLER, STEPHANIE, 308 EMERALD LANE, ROPER, NC 27970

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $6,731.56        $6,731.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.111

MOBLEY, KAYLA, 1600 DALLAS MOBLEY RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $11,154.97              $10,480.89
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.112

MOBLEY, KRISTEN J. , 1600 DALLAS MOBLEY RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,675.36               $5,675.36
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.113

MODLIN, JASON A. , 106 PARK DRIVE, WILLIAMSTON,
NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $14,475.46              $13,995.30
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

### 2.114

MODLIN, JENNIFER S. , 1014 BARBER CUTOFF ROAD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $15,878.14              $13,643.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

### 2.115

MODLIN, JESSICA, 106 PARK DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $15,352.60              $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

### 2.116

MODLIN, LINDSEY, 33151 US HIGHWAY 64, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $6,009.57              $5,608.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.117**

MOORE, VIRGINIA C. , 1631 JOE MOBLEY RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $17,395.42            $15,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.118**

NORMAN, KYMA O. , 1278 JONES WHITE RD, ROPER,
NC 27970

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $4,838.40             $4,838.40
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.119**

NORTH CAROLINA DEPARTMENT OF REVENUE,
ATTENTION: BANKRUPTCY UNIT, POST OFFICE BOX
1168, RALEIGH, NC 27602-1168

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    Undetermined          Undetermined
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TAX CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.120

OAKLEY, STEPHANIE W. , 3983 STOKESTOWN SAINT JOHNS RD, GREENVILLE, NC 27858

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,922.74          $4,607.78

2.121

OUTLAND, WILLIAM B. , 110 ARBOR DR, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,066.88         $11,055.97

2.122

OXENDINE, CAROL L. , 306 TERRACE CT, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,360.00          $9,360.00

2.123

PASZT, DANIEL L. , 356 BEAVER DAM RD, PINETOWN, NC 27865

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $24,161.62                    $15,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.124

PEARSON, DEBBIE S. , 3433 SMITHWICK CREEK CHURCH RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $9,439.82                    $9,439.82
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.125

PEED, MARY, 2274 HOLLOW POND RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $10,431.96                    $9,908.89
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.126

PEELE-MANNING, TAMMY L. , 2601 RALPH TAYLOR RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $18,241.63            $12,577.67
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.127

PERRY, AMY, 2111 GREY FARM RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $13,453.09            $13,171.76
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.128

PERRY, TAMMY W. , 1139 HOLLOW POND RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $18,394.82            $13,150.79
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.129

PIERCE, AMY L. , 54 HARDING ST, CHOCOWINITY, NC 27817

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $16,961.88   $12,698.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.130

PINNER, WANDA D. , 205 LITTLE STREET, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $6,925.40   $5,431.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.131

PITT, ZEOPHIA C. , 693 THIGPEN ROAD, BETHEL, NC 27812

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**   $11,972.07   $7,848.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.132

PLANCK, CRYSTAL S. , 342 PINE RIDGE RD, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $15,019.10        $13,174.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.133

POWELL, LINDSAY, 225 PARK DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $19,983.53        $13,436.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.134

PRICE, LAURA M. , 1005 CLOVERLEAF RUN, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $21,841.42        $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.135**

PRICE, RENEA S. , 2314 MACKEYS RD, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,074.80      $15,150.00

---

**2.136**

PURVIS, DEBORA K. , 21820 US HWY 64, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,874.90      $4,869.14

---

**2.137**

PYLE, SABRINA D. , 4814 RIVER RD. APT.11, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,596.05      $9,596.05

2.138

RASCOE, VILLIA S. , PO BOX 278, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,541.13          $5,029.56

2.139

RAYNOR, KEVIN S. , 12672 NC 125, HAMILTON, NC 27840

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,200.30         $9,470.50

2.140

RAZOR, FREDA W. , 112 CENTER ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,513.78          $3,759.03

2.141

REED, CHERYL C. , 198 D DRIVE, CHOCOWINITY, NC 27817

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:           $30,011.58          $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.142

RHOADES, SARA E. , 1857 HARDISON STREET, GRIFTON, NC 28530

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:           $20,452.86          $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.143

ROBERSON, CHRISTY P. , 3540 ED'S GROCERY RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:           $6,609.13           $5,311.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.144

ROBERSON, KELSI, 2490 HOLLY SPRINGS CHURCH RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,939.26          $9,997.58

2.145

ROBERSON, SHARON C. , 1231 MALLARD LANE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,307.51         $13,186.18

2.146

ROGERSON, LISA C. , 2380 ROGERSON RD, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,972.28         $14,108.14

2.147

ROGERSON, SANDY D. , 1120 OLA ROBERSON RD., WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**  $366.85    $366.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.148

ROSS, ROBERT, 1205 CROSS CREEK CIRCLE B7, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**  $12,313.43    $11,326.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.149

ROUSE, STACIE N. , 108 BOND LANE, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**  $23,298.48    $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.150

SAWYER, KRISTEN G. , 212 GOLF RD, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                     $20,496.75          $15,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.151

SAWYER, LISA, 211 LOVICK LN, PANTEGO, NC 27860

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                     $9,725.49           $9,725.49
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.152

SHARP, ROLON, 206 MOORE ROAD, KELFORD, NC 27847

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                     $5,580.00           $5,580.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.153

SILVERTHORNE, TROY L. , 307 HARRIS ST,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $14,652.12          $9,010.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.154

SINGLETON, GABRIELLE, 1030 CBH LODGE ROAD,
WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $7,466.59          $6,495.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

---

2.155

SMALLWOOD, INEZ, 1454 HOLLY DR, WILLIAMSTON,
NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $6,038.83          $4,964.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

2.156

SMALLWOOD, KENNETH J. , 506S MARTIN LUTHER
KING JR DR, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,750.74                $4,406.37
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.157

SMITH, PAMELA M. , 1466 THURMAN GRIFFIN RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $19,274.72               $14,244.80
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.158

SMITH, RONNIE D. , 2861 HORSE PEN SWAMP RD,
WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $10,204.07               $10,204.07
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.159**

SMITH, TERESA W. , 3355 BEAR GRASS ROAD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**         $30,439.91          $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.160**

SORTO, LEE A. , 2440 KODIAK DRIVE, WINTERVILLE, NC
28590

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**         $22,248.31          $15,150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.161**

SPELLER, CODY A. , 1130 HARDISON RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**         $14,967.55          $12,368.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.162

SPENCER, HEATHER, 2895 SOUND SIDE RD,
COLUMBIA, NC 27925

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $10,349.03            $10,349.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.163

SPENCER, LESLEE, 3595 BROWN ROAD, JAMESVILLE,
NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $5,717.82            $5,669.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.164

SPRUILL, JALISHA S. , 1546 BRILEY ROAD,
ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $5,034.84            $4,952.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.165

SPRUILL, TARSHA, 45 ASBURY TRAILS DRIVE,
WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $9,724.46              $9,724.46
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.166

STALEY, PAMELA D. , 1278 LITTLE FARM LN,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $6,345.25              $6,022.33
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.167

STANCILL, WENDY M. , 2020 WEST MAIN ST,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $9,625.78              $6,590.98
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.168

STANFORD, BRITNEY, 944 ALLEN RD. APT. G, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $2,384.37    $2,384.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.169

TAFFER, HAYLEY K. , 105 ANGE DRIVE, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $23,411.24    $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.170

TAYLOR, TIYA, P.O. BOX 442, AHOSKIE, NC 27910

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $6,788.03    $6,788.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.171**

TOWNSEND, DANIELLE M. , 107 HARBOUR WAY, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $16,885.45      $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.172**

TYSON, ELLEN D. , 1886 ROBERSON CHAPEL RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $12,632.19      $8,417.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.173**

VAMOS, ATTILA J. , 3702 BACH CIR, GREENVILLE, NC 27858

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $31,265.62      $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.174

VANN, LAUREN P. , 23786 NC HIGHWAY 125,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $3,542.07    $3,542.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.175

VERNELSON JR., JAMES D., 1072 BUTLER LN,
JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $12,600.00    $12,600.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.176

WARD, KASSIDY R. , 1221 ARTHUR COREY RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $3,231.96    $3,231.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.177

WARD, VINYA G. , 1275 WHITE OAK DR, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $1,659.63       $1,659.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.178

WARREN JR., JOSEPH D., 19990 NC 903, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $16,682.52       $12,110.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.179

WARREN, BILLIE J. , 1101 ROCK RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $21,150.97       $13,207.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.180

WARREN, HOPE, 4255 PINEY GROVE CHURCH RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $6,669.70          $6,421.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.181

WARREN, KRISTIN W. , 202 E WATER ST, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $30,325.56          $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.182

WASHINGTON, TENISHA, 217 N EDGEWOOD AVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $6,531.01          $5,734.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.183

WATERS, CARLA, 2984 HOLLY SPRINGS CHURCH
ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,284.03          $11,124.05

2.184

WATERS, RASHEEDA, 805 WASHINGTON ST,
WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,659.38          $4,319.39

2.185

WHITE, PAMELA M. , 3301 COUNTRY WOOD LN,
GREENVILLE, NC 27858

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,360.86          $3,360.86

2.186

WHITEHEAD, ALISA, 302 ROANOKE CT, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $6,678.67            $6,448.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.187

WILKERSON, HEATHER C. , 1051 CLYDES DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $21,902.14           $15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.188

WILLIAMS, JAMES S. , P.O. BOX 126, HAMILTON, NC 27840

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $7,270.14            $6,663.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.189

WILLIAMS, MELISSA, 1191 HARGIS LANE,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**        $9,893.40        $9,256.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.190

WILLOUGHBY, RICHARD L. , 2234 HENRY MIZELLE RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**        $13,071.60        $13,071.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.191

WILSON, DAWN, 141 NC HIGHWAY 99 N, PANTEGO, NC
27860

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**        $2,598.25        $2,429.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.192**

WILSON, JENNIFER G. , 1720 BOBBY ROBERSON RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $15,575.91    $11,968.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.193**

WILSON, RONNIE E. , 407 JONES ST., WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $8,353.93    $5,084.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.194**

WILSON, TAILLEUR A. , 943 U S 13-17 SOUTH, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,886.42    $1,886.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

2.195

WINSLOW, CHRISTY, 3429 FORT BRANCH ROAD, OAK CITY, NC 27857

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $10,761.56          $10,639.02
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.196

WOLOSUK, SARA L. , 846 THOROUGHFARE RD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $18,506.77          $15,150.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.197

WOODARD, PRINCESS T. , PO BOX 99, POWELLSVILLE, NC 27967

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $3,396.17          $3,396.17
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.198

WOOLARD, JANIE P. , 378 CRIMSON DR, WINTERVILLE, NC 28590

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,204.71          $1,204.71

2.199

WOOLARD, PAMELA M. , 3144 THURMAN GRIFFIN ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,366.44          $1,366.44

2.200

WYNNE, HOLLY M. , 6625 EVERETTS ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,735.83          $14,331.05

2.201

WYNNE, KAREN W. , 2133 MCCASKEY RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $6,758.56          $5,676.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.202

WYNNE, TERESA L. , 2750 POPLAR POINT RD,
WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $7,196.00          $4,934.27
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

2.203

YARBROUGH, HELEN M. , 206 E 8TH ST, WASHINGTON,
NC 27889

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured
claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $12,963.35          $10,956.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

ABBOTT RAPID DX NORTH AMERICA LLC, PO BOX 846153, BOSTON, MA 02284-6153

**Date or dates debt was incurred**
7/24/2023

**As of the petition filing date, the claim is:** $314.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.2**

ACADEMY OF NUTRITION AND DIETETICS, GENERAL ACCOUNT, PO BOX 97215, CHICAGO, IL 60678-7215

**Date or dates debt was incurred**
6/6/2023

**As of the petition filing date, the claim is:** $382.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.3**

AGILITI HEALTH INC, PO BOX 851313, MINNEAPOLIS, MN 55485-1313

**Date or dates debt was incurred**
6/5/2023

**As of the petition filing date, the claim is:** $265.36
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.4**

AIRGAS USA, LLC, PO BOX 734672, DALLAS, TX 75373-4672

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $3,415.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

ALLIANCE HEALTHCARE SERVICES, PO BOX 735714, DALLAS, TX 75373-5714

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $7,848.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

ANGE, KAYLA, 33081 US HIGHWAY 64, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $1,842.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7**

APPLIED MEDICAL DIST CORP, PO BOX 3511, CAROL STREAM, IL 60132-3511

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $428.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8**

ARTHREX, INC, P.O. BOX 403511, ATLANTA, GA 30384-3511

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                           $3,409.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.9**

ASKEW, LINDA S. , 215 TIMBER LANE, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                           $1,041.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.10**

BARBER, BRADY H. , 1080 GREEN ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                           $2,627.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.11**

BARBER, CASEY D. , 106 LOBLOLLY DRIVE, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                           $1,034.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.12

BARROW, MEGAN L. , 213 MARSHALL AVENUE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$171.36

3.13

BASS, TARA W. , 220 BASS LANE, TARBORO, NC 27886

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$749.42

3.14

BATTS, CARLA B. , 3766 POPLAR POINT RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,622.34

3.15

BAYER HEALTHCARE, PO BOX 360172, PITTSBURGH, PA 15251-6172

**Date or dates debt was incurred**
5/31/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$722.25

**3.16**

BEACH, CRYSTAL L. , 3746 BAILEY ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $6,269.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

BECKMAN COULTER INC, DEPT CH 10164, PALATINE, IL 60055-0164

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $3,850.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

BEDGOOD, TEIA R. , 2230 NATHAN ROBERSON RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $3,886.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

BIGGS, SHONTA P. , 3619 JONES RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $990.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

BLACK, DAWN W. , 112B NEW HOPE LANE, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $3,679.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

BOND, CONNIE H. , 1890 WEST ISLANDS RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $3,159.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

BONDS, ANNIE P. , 5861 EVERETTS ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $13,247.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

BOOTH, JOSETTE, 14423 OLD US HWY 64 ALT, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $3,548.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.24**

BOSTON SCIENTIFIC CORP, P.O. BOX 8500-6205, PHILADELPHIA, PA 19178-6205

**Date or dates debt was incurred**
5/31/2023

As of the petition filing date, the claim is:                $333.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

BOWEN HEAT AIR & REFRIGERATION, 1120 TYNER RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $2,235.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

BOWEN, SHERRY W. , 1622 W MAIN ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $678.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

BOWEN, TONYA K. , 1190 FOREST DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $10,585.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**

BRACCO DIAGNOSTICS, INC, PO BOX 978952, DALLAS, TX 75397-8952

**Date or dates debt was incurred**
6/28/2023

As of the petition filing date, the claim is: $875.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.29**

BRADLEY, ADA L. , 1094 ALLISON RD, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $2,373.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.30**

BREG, INC, PO BOX 849991, DALLAS, TX 75284-9991

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $771.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.31**

CABELEIRA, MARY, 1710 KEHUKEE PARK RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $110.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.32

CAMPBELL, JENNIFER L. , 3526 POPLAR POINT RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $2,955.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.33

CARDINAL HEALTH 414, LLC, PO BOX 70609, CHICAGO, IL 60673

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $926.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.34

CARDINAL HEALTH PHARM DISTRIB, 6000 FELDWOOD ROAD, LOCKBOX #402605, COLLEGE PARK, GA 30349

**Date or dates debt was incurred**
7/15/2023

**As of the petition filing date, the claim is:** $29,535.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.35

CARDINAL HEALTH, MEDICAL PRODUCTS & SERV, PO BOX 730112, DALLAS, TX 75373

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $2,538.54
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

CAROLINAS MEDICAL REPAIR LLC, 1041 INVESTMENT BLVD, SUITE 153, APEX, NC 27502

**Date or dates debt was incurred**
6/9/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,964.65

3.37

CARTER, MICHELLE H. , 1055 SWINSON RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,167.47

3.38

CENTERS FOR MEDICARE & MEDICAID SERVICES, 7500 SECURITY BOULEVARD, BALTIMORE, MD 21244

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2023 YEAR END SETTLEMENT ACCOUNT - MEDICAID

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,297.00

3.39

CENTERS FOR MEDICARE & MEDICAID SERVICES, 7500 SECURITY BOULEVARD, BALTIMORE, MD 21244

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2022 YEAR END SETTLEMENT ACCOUNT - MEDICAID

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,572.00

3.40

CENTERS FOR MEDICARE & MEDICAID SERVICES, 7500 SECURITY BOULEVARD, BALTIMORE, MD 21244

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $382,137.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
2023 YEAR END SETTLEMENT ACCOUNT - MEDICARE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41

CHANCE, JAMES L. , 609 W. CHURCH, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $332.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.42

CHAWLA, DHRUVA, 1046 CRUZ ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $124,829.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.43

CHAWLA, HARSH, 1016 CRUZ ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $98,808.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.44

CINDERELLA'S CLEANING SERVICE, 61 EDWARDS DRIVE, BELHAVEN, NC 27810

**Date or dates debt was incurred**
7/1/2023

As of the petition filing date, the claim is: $1,760.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.45

CLARK, BRION M. , 8004 W MAIN STREET EXT, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $75.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.46

CLIFTON, NAOMI D. , 2415 MILL RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $799.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.47

COBURN, VERNA M. , PO BOX 604, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,854.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.48

COFER, HEATHER G. , 302 POTOMAC DR, CHOCOWINITY, NC 27817

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $567.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☒ No

☐ Yes

3.49

CRANDELL, BETTY J. , 3286 NC HIGHWAY 903N, STOKES, NC 27884

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $3,341.52
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☒ No

☐ Yes

3.50

CRATT, DONNA H. , 4636 US HIGHWAY 17, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $3,028.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☒ No

☐ Yes

3.51

CYRACOM, LLC, PO BOX 74008083, CHICAGO, IL 60674-8083

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $339.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No

☐ Yes

3.52

DAIKIN APPLIED, 24827 NETWORK PLACE, CHICAGO, IL 60673

**Date or dates debt was incurred**
6/2/2023

**As of the petition filing date, the claim is:** $11,889.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

3.53

DAIL, TAYLOR, 404 N GRIMES ST, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $1,666.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.54

DANIELS, ROSA L. , 1066 BROWN DR, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $1,888.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.55

DARR M.D., ANTHONY J., 223 MIDVALE ST, FALLS CHURCH, VA 22046

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $23,100.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.56

DAVIS, PAMELA H. , 2738 LONG RIDGE RD, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $5,108.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.57

DEPUY SYNTHES SALES, INC, 5972 COLLECTION CENTER DRIVE, CHICAGO, IL 60693

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $31,543.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.58

DICKERSON, TRACEY H. , 1170 HARDISON RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $2,278.95
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.59

DOMINION ENERGY, P.O. BOX 26543, RICHMOND, VA 23290-0001

**Date or dates debt was incurred**
UNKNOWN

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURETY BOND NO. 41250442

**Is the claim subject to offset?**
☑ No
☐ Yes

3.60

DOMINION ENERGY, P.O. BOX 26543, RICHMOND, VA 23290-0001

**Date or dates debt was incurred**
UNKNOWN

**As of the petition filing date, the claim is:**    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
SURETY BOND NO. 41250443

**Is the claim subject to offset?**
☑ No
☐ Yes

3.61

DREW, MCKENZIE, 1236 MEADOW BRANCH ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**    $154.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.62

DUFFY, MARTI, 3039 CAMP LEACH ROAD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**    $738.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.63

DUVALL, BETTY R. , 306 OAK ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**    $1,579.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.64

EAST CAROLINA POWER EQUIPMENT LLC, PO BOX 1014, 201 SOUTH ELM STREET, WILLIAMSTON, NC 27892-1014

**Date or dates debt was incurred**
7/21/2023

**As of the petition filing date, the claim is:** $214.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.65

EAST COAST SECURITY SYSTEM INC, 112 S HAUGHTON STREET, P.O. BOX 746, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
7/1/2023

**As of the petition filing date, the claim is:** $227.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.66

ECU HEALTH MEDICAL CENTER, DEPT OF PATHOLOGY, PO BOX 6028, GREENVILLE, NC 27835-6028

**Date or dates debt was incurred**
5/31/2023

**As of the petition filing date, the claim is:** $421.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.67

ELLIS, STEPHANIE L. , 655 BROOKFIELD DR, WINTERVILLE, NC 28590

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $8,080.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**

EMPRINT/MORAN PRINTING INC, PO BOX 54023, NEW ORLEANS, LA 70154-4023

**Date or dates debt was incurred**
6/27/2023

As of the petition filing date, the claim is: $32.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.69**

ENVIRONMENTAL SAFETY PROFESSIONALS INC, 7419 KNIGHTDALE BLVD, STE 115, KNIGHTDALE, NC 27545

**Date or dates debt was incurred**
6/1/2023

As of the petition filing date, the claim is: $175.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70**

FEDERAL EXPRESS CORP, P.O. BOX 371461, PITTSBURGH, PA 15250-7461

**Date or dates debt was incurred**
7/4/2023

As of the petition filing date, the claim is: $50.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**

FINN, HAROLD N. , 4437 U S HWY 17, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $14,314.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.72

FISHER SCIENTIFIC, PO BOX 404705, ATLANTA, GA 30384-4705

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $1,052.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.73

FISHER, BRENDA F. , P O BOX 1244, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $1,017.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.74

FRANKLIN BAKING COMPANY, PO BOX 751207, CHARLOTTE, NC 28275

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $245.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.75

FRAUENPREIS, KURT E. , 313 BLUEBEECH LN, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $33,024.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.76**

GE HEALTHCARE, P.O. BOX 96483, CHICAGO, IL 60693

**Date or dates debt was incurred**
7/1/2023

**As of the petition filing date, the claim is:**                 $3,177.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.77**

GILES, REBECCA, 1203 FORT BRANCH ROAD, OAK CITY, NC 27857

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                 $478.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.78**

GINN, CHRISTINE M. , 207 ROBIN DR, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                 $8,371.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.79**

GRAINGER, INC., 4820 SIGNETT DR., RALEIGH, NC 27616-2824

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                 $2,137.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80**

GRAINGER, INC., DEPY 803829308, PALITINE, IL 60038-0001

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                 $3,711.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.81**

GREENVILLE PATHOLOGY, PA, 2515 BOWMAN GRAY DR, GREENVILLE, NC 27834

**Date or dates debt was incurred**
6/1/2023

**As of the petition filing date, the claim is:**                 $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.82**

GREGORY POOLE EQUIPMENT CO, P.O. BOX 60457, CHARLOTTE, NC 28260

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                 $1,533.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83**

GRIFFIN, AMANDA S. , 263 ADAMS LANE, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                 $2,159.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.84**

GURGANUS, JANICE C. , P.O. BOX 56, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                $3,373.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.85**

HALL, KIMBERLY, 347 CEDAR LANDING RD, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                $174.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.86**

HANDI-CLEAN PRODUCTS, 504-B RADAR ROAD, GREENSBORO, NC 27410

**Date or dates debt was incurred**
7/26/2023

**As of the petition filing date, the claim is:**                $784.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87**

HARDISON, MICHELLE F. , 5782 NC HWY 171, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                $3,454.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.88

HARDISON, REGINA W. , 8071 US HWY 17, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                     $13,701.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.89

HARDISON, THOMAS J. , 1105 WEST MAIN ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                     $7,352.19
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.90

HARRIS, CHARLENE P. , 5250 WILDCAT ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                     $3,473.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.91

HARRISON, VICTORIA G. , 1527 KADER LILLEY RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                     $830.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.92**

HARVEY, WYATT, 2094 NC HWY 32 SOUTH, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                                    $805.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.93**

HEALTH CARE LOGISTICS, INC., PO BOX 400, CIRCLEVILLE, OH 43113-0400

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                                    $568.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.94**

HEALTHTRUST WORKFORCE SOLUTIONS LLC, PO BOX 742697, ATLANTA, GA 30374-2697

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                                    $238,231.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.95**

HEART CARE IMAGING, INC, 760 NORTH US HIGHWAY ONE, TEQUESTA, FL 33469

**Date or dates debt was incurred**
7/1/2023

As of the petition filing date, the claim is:                                    $14,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.96**

HEATH, RHONDA W. , 105 CANTERBERRY RD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $1,242.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.97**

HILL-ROM COMPANY, INC, PO BOX 643592, PITTSBURGH, PA 15264-3592

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $3,918.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

HILL-ROM, PO BOX 643592, PITTSBURGH, PA 15264-3592

**Date or dates debt was incurred**
7/12/2023

As of the petition filing date, the claim is:                    $295.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**

HILL, KIMBERLY H. , P O BOX 234, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $2,349.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100

HUDGINS, ANN, 522 NORTHWOOD RD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,684.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.101

HUDGINS, CAMILLA, 1080 SANDY HILL LN, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $158.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.102

I3SCREEN, 9501 NORTHFIELD BLVD, DENVER, CO 80238

**Date or dates debt was incurred**
7/5/2023

As of the petition filing date, the claim is: $6.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.103

IMMUCOR INC, GAMMA BIOLOGICALS INC, P.O. BOX 102118, ATLANTA, GA 30368-2118

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $555.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.104**

IRON MOUNTAIN, PO BOX 915004, DALLAS, TX 75391-5004

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $3,513.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.105**

ITAMAR MEDICAL INC, PO BOX 841940, BOSTON, MA 02284-1940

**Date or dates debt was incurred**
6/16/2023

**As of the petition filing date, the claim is:** $721.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.106**

JACOBSON, JOHN H. , 10355 NC HWY 171, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $23,848.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.107**

JEFFERSON, MORGAN L. , 980 BIGGS RD, PINETOWN, NC 27865

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $1,818.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108**

JONES LAKE EMERGENCY GROUP PC, ATTN: ACCOUNTS RECEIVABLE, PO BOX 677979, DALLAS, TX 75267-7979

**Date or dates debt was incurred**
6/1/2023

As of the petition filing date, the claim is: $67,980.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.109**

JONES, CHENOA E. , 129 HASSELL AVE, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,320.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.110**

JONES, SHARON, 1105 KELSEY LANE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,277.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.111**

KING, NONIE B. , 307 CENTER ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,177.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.112

KRUCIAL RAPID RESPONSE INC, PO BOX 25826, OVERLAND PARK, KS 66225-5826

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $94,514.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.113

LABORATORY CORP OF AMERICA, P.O. BOX 12140, BURLINGTON, NC 27216-2140

**Date or dates debt was incurred**
7/1/2023

**As of the petition filing date, the claim is:**                    $7,594.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.114

LANDAUER, PO BOX 809051, CHICAGO, IL 60680-9051

**Date or dates debt was incurred**
6/21/2023

**As of the petition filing date, the claim is:**                    $193.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.115

LANGLEY, BETTY N. , 2780 CRATT RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $3,919.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

LANGLEY, HEATHER R. , 7425 PRISON CAMP RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $518.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.117

LANGLEY, JEREMY L. , 7425 PRISON CAMP RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $4,273.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.118

LATIMER, ROSE M. , 1740 OLD WILLIAMSTON RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $4,043.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.119

LAWRENCE, WHITLEY A. , 233 WHITES RD, COLERAIN, NC 27924

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $3,579.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.120

LGC CLINICAL DIAGNOSTICS INC, 37 BIRCH STREET, MILFORD, MA 01757

**Date or dates debt was incurred**
7/24/2023

**As of the petition filing date, the claim is:**                                   $875.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.121

LINDE GAS & EQUIPMENT INC, DEPT CH 10660, PALATINE, IL 60055-0660

**Date or dates debt was incurred**
6/30/2023

**As of the petition filing date, the claim is:**                                   $1,550.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.122

LYLE, LISA, 1600 LEE HOLLIDAY RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                   $3,204.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.123

LYLE, SANDRA, 8505 NC HWY 99 N, PANTEGO, NC 27860

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                   $440.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.124**

MARTIN, SAMANTHA F. , 206 N PARK AVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $1,906.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.125**

MASIMO AMERICAS, INC, 28932 NETWORK PLACE, CHICAGO, IL 60673-1289

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $1,091.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.126**

MASON, DAVID J. , 2243 LONG RIDGE RD, PINETOWN, NC 27865

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $573.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.127**

MASON, LISA, 15371 NC 32 HIGHWAY N, PINETOWN, NC 27865

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $1,905.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.128**

MCCABE, RUTH P. , 414 N MARTIN LUTHER KING DR, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $3,606.53
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.129**

MCKESSON MEDICAL SURGICAL, PO BOX 660266, DALLAS, TX 75266-0266

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $951.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.130**

MCMASTER-CARR SUPPLY CO., P.O. BOX 7690, CHICAGO, IL 60680

**Date or dates debt was incurred**
6/21/2023

As of the petition filing date, the claim is:    $153.36
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.131**

MEDLINE INDUSTRIES, INC., BOX 382075, PITTSBURG, PA 15251-8075

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $15,345.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.132

MEDTOX LABORATORIES, INC, PO BOX 8107, BURLINGTON, NC 27216

**Date or dates debt was incurred**
6/30/2023

**As of the petition filing date, the claim is:** $38.52
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.133

MEEKINS III, GORDON W., 2450 THURMAN GRIFFIN RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $4,799.27
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.134

MEETZE, KELLY B. , 1055 VAN NORTWICK, WILLIAMSTON, NC 27892-7667

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $4,613.39
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.135

MEHRA, SANJAY, 738 LEXINGTON DRIVE, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $68,603.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.136

MID-SOUTH TELECOM, PO BOX 2044, DEPT 4100, MEMPHIS, TN 38101

**Date or dates debt was incurred**
6/15/2023

**As of the petition filing date, the claim is:**    $242.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

3.137

MILLER, MARY P. , 110 DOE LANE, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**    $910.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.138

MINDRAY DS USA, INC, 24312 NETWORK PLACE, CHICAGO, IL 60673-1243

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**    $203.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

3.139

MINGES BOTTLING GROUP (PEPSI), PO BOX 520, 128 PEPSI WAY, AYDEN, NC 28513

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**    $739.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

3.140

MOBLEY, KAYLA, 1600 DALLAS MOBLEY RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                                          $674.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.141

MODLIN, JASON A. , 106 PARK DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                                          $480.16
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.142

MODLIN, JENNIFER S. , 1014 BARBER CUTOFF ROAD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                                          $2,234.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.143

MODLIN, JESSICA, 106 PARK DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                                          $202.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.144

MODLIN, LINDSEY, 33151 US HIGHWAY 64, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $401.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.145

MONEYSWORTH LINEN SERVICES INC, 102 CORPORATE DRIVE, ELIAZBETH CITY, NC 27909

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $18,447.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.146

MOORE, VIRGINIA C. , 1631 JOE MOBLEY RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $2,245.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.147

NATIONAL FIRE SAFETY COUNCIL, 212 PARK AVE, SANFORD, NC 27330-4029

**Date or dates debt was incurred**
6/2/2023

**As of the petition filing date, the claim is:** $150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.148

NATIONAL NETWORK COMMUNICATIONS, INC, PO BOX 59, PRINCETON, NC 27569

**Date or dates debt was incurred**
7/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$432.34

3.149

NUANCE COMMUNICATIONS INC, ONE WAYSIDE ROAD, BURLINGTON, MA 01803

**Date or dates debt was incurred**
6/5/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$250.00

3.150

OAKLEY, STEPHANIE W. , 3983 STOKESTOWN SAINT JOHNS RD, GREENVILLE, NC 27858

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

$314.96

3.151

OCCUPATIONAL THERAPY PLUS,INC, 139 WEST 3RD STREET, WASHINGTON, NC 27889

**Date or dates debt was incurred**
7/10/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,879.92

**3.152**

ORKIN EXTERMINATING CO INC, 3200 TURNAGE RDR ROAD, WILSON, NC 27893

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $609.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.153**

OUTLAND, WILLIAM B. , 110 ARBOR DR, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $1,010.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.154**

OWENS & MINOR, P.O. BOX 644783, PITTSBURG, PA 15264-4783

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $4,902.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.155**

PASZT, DANIEL L. , 356 BEAVER DAM RD, PINETOWN, NC 27865

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $9,011.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.156**

PAVION, C/O CTSI SEI, CHANTILLY , VA 20151

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $100,579.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.157**

PEED, MARY, 2274 HOLLOW POND RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $523.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.158**

PEELE-MANNING, TAMMY L. , 2601 RALPH TAYLOR RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $5,663.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.159**

PERRY, AMY, 2111 GREY FARM RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $281.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.160**

PERRY, TAMMY W. , 1139 HOLLOW POND RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                          $5,244.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.161**

PIERCE, AMY L. , 54 HARDING ST, CHOCOWINITY, NC 27817

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                          $4,263.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.162**

PINNER, WANDA D. , 205 LITTLE STREET, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                          $1,494.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.163**

PIPELINE HEALTH HOLDINGS LLC, PO BOX 669345, DALLAS, TX 75266-9345

**Date or dates debt was incurred**
6/30/2023

As of the petition filing date, the claim is:                          $4,100.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.164**

PITT, ZEOPHIA C. , 693 THIGPEN ROAD, BETHEL, NC 27812

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $4,123.08
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.165**

PLANCK, CRYSTAL S. , 342 PINE RIDGE RD, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $1,844.32
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.166**

POWELL, LINDSAY, 225 PARK DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $6,546.60
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.167**

PRECISION DYNAMICS CORP (PDC), PO BOX 71549, CHICAGO, IL 60694-1995

**Date or dates debt was incurred**
5/30/2023

**As of the petition filing date, the claim is:**                    $481.51
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

3.168

PREMIERE SLEEP SOLUTIONS, PO BOX 133, LAKE WACCAMAW, NC 28450

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $15,750.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169

PRICE, LAURA M. , 1005 CLOVERLEAF RUN, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $6,691.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170

PRICE, RENEA S. , 2314 MACKEYS RD, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $10,924.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.171

PURVIS, DEBORA K. , 21820 US HWY 64, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $1,005.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.172**

QHCCS LLC, 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $59,407,643.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.173**

RADIOMETER AMERICA INC, 13217 COLLECTION CENTER DR, CHICAGO, IL 60693

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $2,099.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174**

RASCOE, VILLIA S. , PO BOX 278, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,511.57
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175**

RAYNOR, KEVIN S. , 12672 NC 125, HAMILTON, NC 27840

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $729.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.176

RAZOR, FREDA W. , 112 CENTER ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $1,754.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.177

REED, CHERYL C. , 198 D DRIVE, CHOCOWINITY, NC 27817

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $14,861.58
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178

RHOADES, SARA E. , 1857 HARDISON STREET, GRIFTON, NC 28530

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $5,302.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

RIVERBANK BUILDING SUPPLY, P.O. BOX 864, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $151.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.180**

ROBERSON, CHRISTY P. , 3540 ED'S GROCERY RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,298.13
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.181**

ROBERSON, SHARON C. , 1231 MALLARD LANE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $4,121.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.182**

ROCHE DIAGNOSTIC CORP, US COMMERCIAL OPERATIONS, PO BOX 71209, CHARLOTTE, NC 28272

**Date or dates debt was incurred**
7/21/2023

As of the petition filing date, the claim is: $2,079.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.183**

ROGERSON, LISA C. , 2380 ROGERSON RD, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $6,864.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.184

ROSS, ROBERT, 1205 CROSS CREEK CIRCLE B7, GREENVILLE, NC 27834

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $986.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.185

ROUSE, STACIE N. , 108 BOND LANE, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $8,148.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.186

SAWYER, KRISTEN G. , 212 GOLF RD, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $5,346.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.187

SETON IDENTIFICATION PRODUCTS, PO BOX 95904, CHICAGO, IL 60694-5904

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $870.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.188**

SHAMROCK RESTAURANT, 101 WEST BLVD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
7/26/2023

As of the petition filing date, the claim is:                               $137.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.189**

SIEMENS H/C DIAGNOSTICS(EX-DADE), PO BOX 121102, DALLAS, TX 75312-1102

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                             $5,008.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.190**

SILVERTHORNE, TROY L. , 307 HARRIS ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                             $5,641.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.191**

SINGLETON, GABRIELLE, 1030 CBH LODGE ROAD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                               $971.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.192

SMALLWOOD, INEZ, 1454 HOLLY DR, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $1,074.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193

SMALLWOOD, KENNETH J. , 506S MARTIN LUTHER KING JR DR, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $1,344.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.194

SMITH & NEPHEW, INC, PO BOX 60333, CHARLOTTE, NC 28260-0333

**Date or dates debt was incurred**
7/20/2023

**As of the petition filing date, the claim is:** $352.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.195

SMITH, PAMELA M. , 1466 THURMAN GRIFFIN RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $5,029.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.196**

SMITH, TERESA W. , 3355 BEAR GRASS ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                        $15,289.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.197**

SORTO, LEE A. , 2440 KODIAK DRIVE, WINTERVILLE, NC 28590

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                        $7,098.31
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.198**

SOUTHERN ELEVATOR CO, P.O. BOX 538596, ATLANTA, GA 30353-8596

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                        $1,546.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.199**

SPELLER, CODY A. , 1130 HARDISON RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                        $2,598.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.200

SPENCER, LESLEE, 3595 BROWN ROAD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $48.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.201

SPRUILL, JALISHA S. , 1546 BRILEY ROAD, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $82.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.202

STALEY, PAMELA D. , 1278 LITTLE FARM LN, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $322.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.203

STANCILL, WENDY M. , 2020 WEST MAIN ST, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:** $3,034.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

3.204

STAPLES, PO BOX 105748, ATLANTA, GA 30348-5748

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $6,834.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.205

STERIS CORPORATION, P.O. BOX 644063, PITTSBURGH, PA 15264-4063

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $1,468.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.206

STRYKER SALES CORP(INSTRUMENTS), 21343 NETWORK PLACE, CHICAGO, IL 60673-1213

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $2,439.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.207

SYSCO FOOD SERVICES RALEIGH LL, PO BOX 129, SELMA, NC 27576-9105

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $16,606.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.208**

TAFFER, HAYLEY K. , 105 ANGE DRIVE, PLYMOUTH, NC 27962

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $8,261.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.209**

THE BLOOD CONNECTION INC, PO BOX 896259, CHARLOTTE, NC 28289-6259

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    $12,245.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210**

THE U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES, HUBERT H. HUMPHREY BUILDING, 200 INDEPENDENCE AVENUE, S.W., WASHINGTON, DC 20201

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CARES ACT COVID TESTING FUNDS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.211**

TIFFANY WEST-BRIDGERS , C/O COMERFORD CHILSON & MOSER L.L.P., 1076 W. 4TH ST, WINSTON-SALEM, NC 27101

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    UNDETERMINED
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.212**

TOWNSEND, DANIELLE M. , 107 HARBOUR WAY, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,735.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.213**

TRI-ANIM HEALTH SERVICES, INC, 25197 NETWORK PLACE, CHICAGO, IL 60673-1251

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $1,046.34
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.214**

TYSON, ELLEN D. , 1886 ROBERSON CHAPEL RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $4,214.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.215**

US BANK EQUIPMENT FINANCE, A DIV OF US BANK, NA, 1310 MADRID ST, MARSHALL, MN 56258

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $2,055.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.216

VAMOS, ATTILA J. , 3702 BACH CIR, GREENVILLE, NC 27858

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                    $16,115.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.217

VOYA FINANCIAL, 230 PARK AVENUE, NEW YORK, NY 10169

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                    UNDETERMINED
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401 K ADMINISTRATOR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.218

VYAIRE MEDICALINC, 29429 NETWORK PLACE, CHICAGO, IL 60673-1294

**Date or dates debt was incurred**
7/13/2023

**As of the petition filing date, the claim is:**                                    $141.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.219

WARREN JR., JOSEPH D., 19990 NC 903, ROBERSONVILLE, NC 27871

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                                    $4,571.89
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.220**

WARREN, BILLIE J. , 1101 ROCK RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $7,943.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.221**

WARREN, HOPE, 4255 PINEY GROVE CHURCH RD, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $248.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.222**

WARREN, KRISTIN W. , 202 E WATER ST, WINDSOR, NC 27983

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $15,175.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.223**

WASHINGTON, TENISHA, 217 N EDGEWOOD AVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                $796.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.224**

WATERS, CARLA, 2984 HOLLY SPRINGS CHURCH ROAD, WILLIAMSTON,
NC 27892

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $1,159.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.225**

WATERS, RASHEEDA, 805 WASHINGTON ST, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $339.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.226**

WEISER SECURITY SERVICES INC, PO BOX 51720, NEW ORLEANS, LA
70151-1720

**Date or dates debt was incurred**
VARIOUS

**As of the petition filing date, the claim is:**                    $10,101.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.227**

WELLS FARGO VENDOR FINANCIAL SERVICES LLC, PO BOX 105743,
ATLANTA, GA 30348-5743

**Date or dates debt was incurred**
5/17/2023

**As of the petition filing date, the claim is:**                    $3,095.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228

WHITEHEAD, ALISA, 302 ROANOKE CT, JAMESVILLE, NC 27846

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                              $230.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229

WILKERSON, HEATHER C. , 1051 CLYDES DRIVE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                              $6,752.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230

WILLIAMS, JAMES S. , P.O. BOX 126, HAMILTON, NC 27840

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                              $606.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231

WILLIAMS, MELISSA, 1191 HARGIS LANE, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:                              $636.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232**

WILSON, DAWN, 141 NC HIGHWAY 99 N, PANTEGO, NC 27860

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:   $168.59
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.233**

WILSON, JENNIFER G. , 1720 BOBBY ROBERSON RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:   $3,607.07
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.234**

WILSON, RONNIE E. , 407 JONES ST., WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:   $3,269.03
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.235**

WINSLOW, CHRISTY, 3429 FORT BRANCH ROAD, OAK CITY, NC 27857

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:   $122.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.236**

WOLOSUK, SARA L. , 846 THOROUGHFARE RD, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $3,356.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.237**

WYNNE, HOLLY M. , 6625 EVERETTS ROAD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $6,404.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.238**

WYNNE, KAREN W. , 2133 MCCASKEY RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $1,082.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.239**

WYNNE, TERESA L. , 2750 POPLAR POINT RD, WILLIAMSTON, NC 27892

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is:    $2,261.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.240**

YARBROUGH, HELEN M. , 206 E 8TH ST, WASHINGTON, NC 27889

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $2,007.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
WARN ACT CLAIM

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.241**

ZIMMER, INC., P.O. BOX 277530, ATLANTA, GA 30384-7530

**Date or dates debt was incurred**
VARIOUS

As of the petition filing date, the claim is: $41,247.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No

☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ <br> ☐ Not listed. Explain | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $1,815,142.77 |
| **5b. Total claims from Part 2** | 5b. | $61,485,354.76 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $63,300,497.53 |

**Fill in this information to identify the case:**

Debtor name: Williamston Hospital Corporation

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11058 (BLS)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:**    **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 15TH AMENDMENT TO ACCESSTELECARE F/K/A SPECIALISTS ON CALL | ACCESS TELECARE LLC F/K/A SPECIALISTS ON CALL LLC, ATTN STEPHEN LANDRY, 1717 MAIN STREET, SUITE 5850, DALLAS, TX 75201 |
| | State the term remaining | 6/30/2026 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF MAINTENANCE ON STERRAD NX FOR 3 YEARS | ADVANCED STERILIZATION PRODUCTS, ATTN BRIAN ARGOTTI, 33 TECHNOLOGY DRIVE, IRVINE, CA 92618 |
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | DATA SHARING AGREEMENT - NEEDED FOR LUNG CANCER SCREENING | AMERICAN COLLEGE OF RADIOLOGY, ATTN MYTHREYI CHATFIELD, 1891 PRESTON WHITE DRIVE, RESTON, VA 20191 |
| | State the term remaining | 3/16/2025 | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PHYSICIAN EMPLOYMENT AGREEMENT | ANNIE BONDS, ATTN ANNIE BONDS, 5861 EVERETTS ROAD, WILLIAMSTON, NC 27892 |
|-----|----|----|----|
|     | State the term remaining | 4/30/2024 | |
|     | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN EMPLOYMENT AGREEMENT | ANTHONY DARR, ATTN ANTHONY DARR, 347 GUNDRY DR, FALLS CHURCH, VA 22046 |
|-----|----|----|----|
|     | State the term remaining | 1/1/2024 | |
|     | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF ORTHO SUPPLIES | ARTHREX - TRICOAST SURGICAL SOLUTIONS, ATTN CHRIS WERTMAN, 1370 CREEKSIDE BOULEVARD, NAPLES, FL 34108 |
|-----|----|----|----|
|     | State the term remaining | 10/1/2025 | |
|     | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF MAINTENANCE AGREEMENT ON PRESSURE INJECTOR DCB-SCTX | BAYER HEALTHCARE, ATTN CHRISTOPHER DELVERNE, 1 BAYER DRIVE, INDIANOLA, PA 15051 |
|-----|----|----|----|
|     | State the term remaining | 1/21/2025 | |
|     | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL MAINTENANCE AGREEMENT ON DXS | BECKMAN COULTER 2023, ATTN CYNTHIA STARTSMAN, PO BOX 8000, BREA, CA 92822-8000 |
|-----|----|----|----|
|     | State the term remaining | 7/19/2024 | |
|     | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF CURRENT BECKMAN COULTER SERVICE AGREEMENT FOR OUR DXC600I | BECKMAN COULTER, ATTN TOM CLARK, 250 SOUTH KRAMER BLVD, BREA, CA 92821-6232 |
|-----|----|----|----|
|     | State the term remaining | 5/31/2025 | |
|     | List the contract number of any government contract | | |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR DIALYSIS SERVICES AT MGH | CDI HEALTH LLC, ATTN SHAUN MILLER, 1717 W. 6TH STREET, SUITE 350, AUSTIN, TX 78703 |
|---|---|---|---|
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | ADDITION OF ENHANCED ETHERNET FOR 4 FACILITIES | CENTURYLINK SALES SOLUTIONS INC., ATTN JANET SIMPSON, 100 CENTURYLINK DRIVE, MONROE, LA 71203 |
|---|---|---|---|
| | State the term remaining | 8/23/2025 | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | WATER TREATMENT PROGRAM | CHEM-AQUA, ATTN DALE JONES, 2727 CHEMSEARCH BLVD, IRVING, TX 75062-6454 |
|---|---|---|---|
| | State the term remaining | 12/27/2024 | |
| | List the contract number of any government contract | | |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF HOSPICE AGREEMENT | COMMUNITY HOSPICE, ATTN ERIC ROBERSON, 655 BRAWLEY SCHOOL ROAD, SUITE 200, MOORESVILLE, NC 28117 |
|---|---|---|---|
| | State the term remaining | 2/10/2025 | |
| | List the contract number of any government contract | | |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT TO PROVIDE PREVENTATIVE AND UPKEEP ON CHILLERS, COOLING TOWERS, PUMPS AND AHUS. | DAIKIN APPLIED, ATTN JAMES DAVIS, 24827 NETWORK PLACE, CHICAGO, IL 60673 |
|---|---|---|---|
| | State the term remaining | 8/31/2024 | |
| | List the contract number of any government contract | | |

| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | DAIKIN 2ND - 5TH YEAR EXTENDED PARTS AND WARRANTY ON NEW DAIKIN WWVRNNSA CHILLER | DAIKIN, ATTN JAMES DAVIS, 24827 NETWORK PLACE, CHICAGO, IL 60673 |
|---|---|---|---|
| | State the term remaining | 5/16/2026 | |
| | List the contract number of any government contract | | |

| | | |
|---|---|---|
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PROVIDER EMPLOYEMENT AGREEMENT | DHRUVA CHAWLA, MD, ATTN DHRUVA CHAWLA, 1046 CRUZ ST., WILLIAMSTON, NC 27892 |
| | State the term remaining | 1/31/2025 | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF NURSING STUDENT AFFILIATION AGREEMENT | EAST CAROLINA UNIVERSITY - NURSING, ATTN ALTA ANDREWS, FINANCIAL SERVICES, MAIL STOP 203, 1000 EAST 5TH STREET, GREENVILLE, NC 27858-4353 |
| | State the term remaining | 3/31/2026 | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF ECU PT, OT STUDENT AFFILIATION AGREEMENT | EAST CAROLINA UNIVERSITY, ATTN ALTA ANDREWS, 1000 EAST 5TH STREET, GREENVILLE, NC 27858-4353 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF EVOQUA MAINTENANCE AGREEMENT | EVOQUA WATER TECHNOLOGIES, ATTN PAIGE WILLIAMSON, 28563 NETWORK PLACE, CHICAGO, IL 60603 |
| | State the term remaining | 5/31/2024 | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR TELEPSYCHIATRY IN OUR ED. | FREEDOM PSYCHIATRY SERVICES PLLC, ATTN KONDAL MADARAM, 2231 NASH STREET N., SUITE A, WILSON, NC 27896 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER VALUE AGREEMENT (MAINTENANCE SERVICES PROGRAM) | GREGORY POOLE EQUIPMENT COMPANY, ATTN KASSIDEE MILLER, 3201 INTEGRITY DRIVE, GARNER, NC 27529 |
| | State the term remaining | 8/31/2024 | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PHYSICIAN EMPLOYMENT AGREEMENT | HARSH CHAWLA, ATTN HARSH CHAWLA, 1016 CRUZ SY, WILLIAMSTON, NC 27892 |
|---|---|---|---|
| | State the term remaining | 6/30/2025 | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | ORGAN PROCUREMENT AGREEMENT WITH NAME CHANGE TO HONORBRIDGE | HONORBRIDGE, ATTN DANIELLE NIEDFELDT, 909 E. ARLINGTON BLVD, GREENVILLE, NC 27858 |
|---|---|---|---|
| | State the term remaining | 5/16/2025 | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | PER DIEM AGREEMENT FOR NURSING NEEDS | INTELYCARE, ATTN KEVIN BUCHANAN, PO BOX 200413, PITTSBURGH, PA 15251-0413 |
|---|---|---|---|
| | State the term remaining | 5/30/2024 | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR PURCHASE OF 24 PROBES PER MONTH FOR 4 CHANNEL HOME SLEEP TESTS. ITAMAR WILL PROVIDE UNITS AND SOFTWARE. REIMBURSEMENT $63 MORE PER TEST. | ITAMAR MEDICAL INC., ATTN CRAIG GALLIVAN, 3290 CUMBERLAND CLUB DRIVE, SUITE 100, ATLANTA, GA 30339 |
|---|---|---|---|
| | State the term remaining | AUTO RENEWAL | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF PREVIOUSLY APPROVED AGREEMENT TO REDUCE ANNUAL COST | ITAMAR MEDICAL INC., ATTN CRAIG GALLIVAN, 3290 CUMBERLAND CLUB DRIVE, SUITE 100, ATLANTA, GA 30339 |
|---|---|---|---|
| | State the term remaining | 11/30/2023 | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT NO. 8091194-001 | KONICA MINOLTA PREMIER FINANCE, PO BOX 35701, BILLINGS, MT 59107-5701 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PROVIDER EMPLOYEMENT AGREEMENT | KRISTIN WARREN, ATTN KRISTIN WARREN, 202 E. WATER STREET, WINDSOR, NC 27983 |
| | State the term remaining | 1/31/2024 | |
| | List the contract number of any government contract | | |

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | 13 WEEK NURSING AGREEMENT - RNS | KRUCIAL RAPID RESPONSE, ATTN KYLE FINN, 10895 LOWELL AVENUE, SUITE 100, OVERLAND PARK, KS 66210 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE (NO. 14308000) | LEASING ASSOCIATES OF BARRINGTON, INC. , , 220 NORTH RIVER RD., EAST DUNDEE, IL 60118 |
| | State the term remaining | 5/20/2026 | |
| | List the contract number of any government contract | | |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | RDS TO PROVIDE CANCER REGISTRY ABSTRACTING FOR MARTIN GENERAL HOSPITAL | MARKETING RESOURCES OF BURLINGTON DBA REGISTRY DATA SOLUTIONS, ATTN KRISTIN MCVEY, 2779 S. CHURCH STREET PMB 287, BURLINGTON, NC 27215 |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | NEW MEDICAL ASSISTING STUDENT AFFILIATION AGREEMENT | MARTIN COMMUNITY COLLEGE - MEDICAL ASSISTING, ATTN TABITHA MILLER, 1161 KEHUKEE PARK ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | NEW STUDENT AFFILIATION AGREEMENT FOR MARTIN COMMUNITY COLLEGE ORTHOPAEDIC TECH STUDENTS | MARTIN COMMUNITY COLLEGE - ORTHOPAEDIC TECH, ATTN BRIAN BUSCH, 1161 KEHUKEE PARK ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | NA II STUDENT AFFILIATION AGREEMENT | MARTIN COMMUNITY COLLEGE, ATTN BRIAN BUSCH, 1161 KEHUKEE PARK ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 2/28/2025 | |
| | List the contract number of any government contract | | |

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | STUDENT AFFILIATION AGREEMENT FOR NA 1 STUDENTS | MARTIN COMMUNITY COLLEGE, ATTN BRIAN BUSCH, 1161 KEHUKEE PARK ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 2/28/2025 | |
| | List the contract number of any government contract | | |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT DATED NOVEMBER 1, 1998, AS AMENDED | MARTIN COUNTY, NC, 305 EAST MAIN STREET, WILLIAMSTON, NC 27892 |
| | State the term remaining | 11/1/2028 | |
| | List the contract number of any government contract | | |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF CHEST X-RAY AGREEMENT | MARTIN TYRRELL WASHINGTON DISTRICT HEALTH DEPARTMENT, ATTN WES GRAY, 198 NC HWY 45 NORTH, PLYMOUTH, NC 27962 |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | SURGICAL CONSULTATION AGREEMENT | MARTIN TYRRELL WASHINGTON DISTRICT HEALTH DEPARTMENT, ATTN WES GRAY, 198 NC HWY 45 NORTH, PLYMOUTH, NC 27962 |
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF MASIMO AGREEMENT WITH END TIDAL CO2 ADDED TO TWO OF THE MONITORS WHICH IS JC STANDARD OF CARE. ALSO AMENDMENT FOR THE PULSE OXIMETRY SENSORS. | MASIMO AMERICAS INC., ATTN CHARLIE PLEASANTS, 52 DISCOVERY, IRVINE, DE 92618 |
| | State the term remaining | 7/1/2026 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF MINDRAY AGREEMENT | MINDRAY NORTH AMERICA, ATTN ROBERTA GRAMUGLIA, 800 MACARTHUR BLVD., MAHWAW, NJ 07430 |
| | State the term remaining | 2/15/2024 | |
| | List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | NEW OCULAR TISSUE DONOR SERVICE | MIRACLES IN SIGHT, ATTN MEEKY POWELL, 3900 WESTPOINT BLVD SUITE F, WINSTON-SALEM, NC 27103 |
| | State the term remaining | 11/30/2025 | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF LINEN SERVICES | MONEYSWORTH LINEN SERVICS INC, ATTN RON HASELDEN, 102 CORPORATE DRIVE, ELIZABETH CITY, NC 27909 |
| | State the term remaining | 8/30/2023 | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | ADDITION OF NEW BROCH TO MASTER AGREEMENT | OLYMPUS - AMENDMENT, ATTN HEROLD ROTHROCK, 3500 CORPORATE PARKWAY, PO BOX 610, CENTER VALLEY, PA 18034-0610 |
| | State the term remaining | 12/26/2024 | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT SERVICE AGREEMENT FOR OUR SCOPES | OLYMPUS AMERICA INC., ATTN HEROLD ROTHROCK, 3500 CORPORATE PARKWAY PO BOX 610, CENTER VALLEY, PA 18034-0610 |
| | State the term remaining | 12/19/2024 | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF OCCUPATIONAL THERAPY SERVICES | OT PLUS, ATTN JAMES GAYNOR, 139 WEST 3RD STREET, WASHINGTON, NC 27889 |
| | State the term remaining | 9/30/2025 | |
| | List the contract number of any government contract | | |

| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE MAINTENANCE AGREEMENT | PHILIPS HEALTHCARE, A DIVISION OF PHILIPS NORTH AMERICA LLC, 222 JACOBS STREET, 3RD FL, CAMBRIDGE, MA 02141 |
|---|---|---|---|
| | State the term remaining | 6/30/2024 | |
| | List the contract number of any government contract | | |

| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | VUE CLOUD SOLUTION FOR ALL IMAGING | PHILIPS HEALTHCARE, ATTN BRUCE MILLER, 4430 ROSEWOOD DRIVE, SUITE 200, PLEASANTON, CA 94588 |
|---|---|---|---|
| | State the term remaining | 9/25/2025 | |
| | List the contract number of any government contract | | |

| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | PHILIPS RENEWAL AGREEMENT FOR CARESTREAM PACS | PHILIPS HOLDING USA, ATTN PAOLA MARIN, 222 JACOBS ST. FL 3, CAMBRIDGE, MA 02141 |
|---|---|---|---|
| | State the term remaining | 3/30/2024 | |
| | List the contract number of any government contract | | |

| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PCC CARDIOVASCULAR SONOGRAPHY/ECHOCARDIOGRAPHY AGREEMENT | PITT COMMUNITY COLLEGE - CARDIOVASCULAR SONOGRAPHY, ATTN KIMBERLY JORDAN, PO DRAWER 7007, GREENVILLE, NC 27835 |
|---|---|---|---|
| | State the term remaining | 11/14/2024 | |
| | List the contract number of any government contract | | |

| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF NURSING STUDENT AFFILIATION AGREEMENT WITH PITT COMMUNITY COLLEGE | PITT COMMUNITY COLLEGE - NURSING, ATTN KIMBERLY JORDAN, PO DRAWER 7007, GREENVILLE, NC 27835 |
|---|---|---|---|
| | State the term remaining | 8/31/2025 | |
| | List the contract number of any government contract | | |

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF RADIOLOGY STUDENT AFFILIATION AGREEMENT | PITT COMMUNITY COLLEGE - RADIOLOGY, ATTN KIMBERLY JORDAN, PO DRAWER 7007, GREENVILLE NC, NC 27835 |
|---|---|---|---|
| | State the term remaining | 8/31/2024 | |
| | List the contract number of any government contract | | |

**2.52** State what the contract or lease is for and the nature of the debtor's interest

RENEWAL OF PCC RESPIRATORY THERAPY

PITT COMMUNITY COLLEGE, ATTN KIMBERLY JORDAN, PO DRAWER 7007, GREENVILLE, NC 27835

State the term remaining — 10/31/2023

List the contract number of any government contract

**2.53** State what the contract or lease is for and the nature of the debtor's interest

RENEWAL OF PCC MAMMOGRAPHY STUDENT AFFILIATION

PITT COMMUNITY COLLEGE, ATTN KIMBERLY JORDAN, PO DRAWER 7007, GREENVILLE, NC 27835

State the term remaining — 8/31/2024

List the contract number of any government contract

**2.54** State what the contract or lease is for and the nature of the debtor's interest

NEW SLEEP STUDY SERVICES

PREMIERE SLEEP SOLUTIONS, ATTN LAGRANDE RUSSELL, 2829 SAM POTTS HWY, HALLSBORO, NC 28442

State the term remaining — 11/30/2025

List the contract number of any government contract

**2.55** State what the contract or lease is for and the nature of the debtor's interest

MANAGEMENT AGREEMENT

QHCCS, LLC, ATTN: PRESIDENT AND GENERAL COUNSEL, 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

State the term remaining — 7/25/2027

List the contract number of any government contract

**2.56** State what the contract or lease is for and the nature of the debtor's interest

FIRST AMENDEMENT TO MANAGEMENT AGREEMENT

QHCCS, LLC, ATTN: PRESIDENT AND GENERAL COUNSEL, 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

State the term remaining — 7/25/2027

List the contract number of any government contract

**2.57** State what the contract or lease is for and the nature of the debtor's interest

UPDATED SOFTWARE NEEDED TO PRINT OUT REPORTS ON ARTERIAL BLOOD GASES REQUIRED BY JOINT COMMISSION. EXISTING SOFTWARE OBSOLETE APRIL 1, 2022

RADIOMETER AMERICA INC, ATTN JOHN MAY, 250 S. KRAEMER BLVD, MAIL STOP B1.SW.11, BREA, CA 92821

State the term remaining — UNKNOWN

List the contract number of any government contract

| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PHYSICIAN EMPLOYMENT AGREEMENT | RENEA PRICE, ATTN RENEA PRICE, 2314 MACKEYS ROAD, PLYMOUTH, NC 27962 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |

| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF SPEECH THERAPY SERVICES | ROANOKE THERAPY SERVICES - SPEECH THERAPY, ATTN DEAN MCCALL, PO BOX 1181, WILLIAMSTON, NC 27892 |
| | State the term remaining | 10/31/2023 | |
| | List the contract number of any government contract | | |

| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PT SERVICES | ROANOKE THERAPY SERVICES, ATTN DEAN MCCALL, 310 S. MCCASKEY ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 8/31/2024 | |
| | List the contract number of any government contract | | |

| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | NEW EMPLOYMENT AGREEMENT | SAMANTHA DAVIS, NP, ATTN SAMANTHA DAVIS, 1280 TALL TIMBERS LANE E, WILLIAMSTON, NC 27892 |
| | State the term remaining | 5/31/2025 | |
| | List the contract number of any government contract | | |

| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF PEA FOR SARA RHOADES, NP | SARA RHOADES FNP 2023, ATTN SARA RHOADES, 310 S. MCCASKEY ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 5/14/2025 | |
| | List the contract number of any government contract | | |

| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | 5 YEAR SERVICE AGREEMENT ON LIFE SAFETY EQUIPMENT | SIEMENS, ATTN TONY STEELE, 100 TECHNOLOGY DRIVE, ALPHARETTA, GA 30005 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |

2.64 | State what the contract or lease is for and the nature of the debtor's interest | NEW (AMENDMENT) TO SLEEP LAB MEDICAL DIRECTOR AGREEMENT | SLEEPCUES PA-DOMINGO RODRIGUEZ-CUE MD 2023, ATTN DOMINGO RODRIGUEZ-CUE, 2519 AIRPORT BLVD NW SUITE C, WILSON, NC 27896

State the term remaining | 3/31/2024

List the contract number of any government contract

2.65 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF SLEEP LAB MEDICAL DIRECTORSHIP AGREEMENT | SLEEPCUES, ATTN DOMINGO RODRIGUEZ-CUE, 2519 AIRPORT BLVD NW SUITE C, WILSON, NC 27896

State the term remaining | AUTO RENEWAL

List the contract number of any government contract

2.66 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF MEDICAL EQUIPMENT MAINTENANCE | SOUTHEASTERN BIOMEDICAL ASSOCIATES, ATTN GREG JOHNSON, PO BOX 654, GRANITE FALLS, NC 28630

State the term remaining | 7/31/2024

List the contract number of any government contract

2.67 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT - PROVIDER EMPLOYMENT AGREEMENT
THIS IS A SCHEDULE CHANGE FOR A WRVU PAYOUT ONLY; NO FINANCIAL CHANGE. | STEPHANIE L. ELLIS, ATTN STEPHANIE L. ELLIS, 310 S. MCCASKEY ROAD, WILLIAMSTON, NC 27892

State the term remaining | 11/1/2023

List the contract number of any government contract

2.68 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF MAINTENANCE FOR STERIS EQUIPMENT IN OUR OR | STERIS, ATTN JENNA SMITH, 5960 HEISYL ROAD, MENTOR, OH 44060

State the term remaining | 4/30/2026

List the contract number of any government contract

2.69 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF SYSMEX AMERICA MAINTENANCE AGREEMENT | SYSMEX AMERICA INC., ATTN KENNETH SANSONETTI, 577 APTAKISIC ROAD, LINCOLNSHIRE, IL 60069

State the term remaining | 8/3/2024

List the contract number of any government contract

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF MAINTENANCE AGREEMENT FOR OUR XT-2000I AND KX-21N EQUIPMENT | SYSMEX AMERICA INC., ATTN MICHAEL BACHELDER, 577 APTAKISIC ROAD, LINCOLNSHIRE, IL 60069 |
| | State the term remaining | 6/11/2022 | |
| | List the contract number of any government contract | | |

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT | TARA GREEN, ATTN TIARA GREEN, 310 S. MCCASKEY ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 7/29/2024 | |
| | List the contract number of any government contract | | |

| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | PROVIDER EMPLOYMENT AGREEMENT DATE JULY 1, 2021, AS AMENDED | TERESA SMITH, ATTN TERESA SMITH, 3355 BEAR GRASS ROAD, WILLIAMSTON, NC 27892 |
| | State the term remaining | 9/29/2023 | |
| | List the contract number of any government contract | | |

| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL OF THE BLOOD CONNECTION AGREEMENT | THE BLOOD CONNECTION INC., ATTN JERRI DAVIS, 1099 BRACKEN ROAD, PIEDMONT, SC 29673 |
| | State the term remaining | 2/18/2025 | |
| | List the contract number of any government contract | | |

| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | NEW AGREEMENT FOR ANESTHESIA-PAIN SPECIALIST | TIMOTHY CHAFIN, MD, ATTN TIMOTHY CHAFIN, 522 CABIN ROAD, TARBORO, NC 27886 |
| | State the term remaining | 5/31/2026 | |
| | List the contract number of any government contract | | |

| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT OF PRICING CHANGES FOR OUR SECURITY SERVICES | WEISER SECURITY SERVICES, ATTN ALEXIS GREEN, PO BOX 51720, NEW ORLEANS, LA 70151-1720 |
| | State the term remaining | 5/15/2025 | |
| | List the contract number of any government contract | | |

2.76   **State what the contract or lease is for and the nature of the debtor's interest**

MASTER LEASE AGREEMENT AND EQUIPMENT SCHEDULE

WESTERN ALLIANCE EQUIPMENT FINANCE (GE HFS LLC- ASSIGNOR), , 1 EAST WASHINGTON, STE 1400, PHOENIX, AZ, 85004

**State the term remaining**

MONTH TO MONTH

**List the contract number of any government contract**

2.77   **State what the contract or lease is for and the nature of the debtor's interest**

AGREEMENT FOR SURGICAL PRODUCTS DATED FEBRUARY 10,2022, AS AMENEDED

ZIMMER BIOMET, ATTN KATIE PERRY, 345 EAST MAIN STREET, WARSAW, IN 46580

**State the term remaining**

2/28/2024

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: Williamston Hospital Corporation

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11058 (BLS)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 BIG BEND HOSPITAL CORPORATION | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL | ☑ D ☐ E/F ☐ G |
| 2.2 BIG SPRING HOSPITAL CORPORATION | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL | ☑ D ☐ E/F ☐ G |
| 2.3 BLUE ISLAND HOSPITAL COMPANY, LLC | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL | ☑ D ☐ E/F ☐ G |
| 2.4 BLUE ISLAND ILLINOIS HOLDINGS, LLC | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL | ☑ D ☐ E/F ☐ G |

2.5
CSRA HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.6
DEMING CLINIC CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.7
DEMING HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.8
DHSC, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.9
EVANSTON CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.10
EVANSTON HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.11
FORREST CITY ARKANSAS HOSPITAL COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.12
FORREST CITY CLINIC COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

2.13
FORREST CITY HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

- [x] D
- [ ] E/F
- [ ] G

**2.14**
FORT PAYNE CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.15**
FORT PAYNE HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.16**
FORT PAYNE RHC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.17**
HOSPITAL OF BARSTOW, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.18**
HOSPITAL OF LOUISA, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.19**
JACKSON HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.20**
JACKSON PHYSICIAN CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.21**
KENTUCKY RIVER PHYSICIAN CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

**2.22**
MASSILLON COMMUNITY HEALTH SYSTEM LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.23
MASSILLON HEALTH
SYSTEM LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.24
MASSILLON HOLDINGS,
LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.25
MCKENZIE PHYSICIAN
SERVICES, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.26
MCKENZIE TENNESSEE
HOSPITAL COMPANY,
LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.27
MESQUITE CLINIC
MANAGEMENT
COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.28
MMC OF NEVADA, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.29
MONROE HMA, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.30
MWMC HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.31
PAINTSVILLE HOSPITAL
COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN
37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN
AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.32
PHILLIPS CLINIC COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.33
PHILLIPS HOSPITAL COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.34
QHC CALIFORNIA HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.35
QHC FINANCING SERVICES, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.36
QHCCS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.37
QHG OF MASSILLON, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.38
QUINCY HEALTH, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.39
QUORUM HEALTH CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.40
QUORUM HEALTH INVESTMENT COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.41
RED BUD HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.42
SAN MIGUEL CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.43
SAN MIGUEL HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.44
THREE RIVERS MEDICAL CLINICS, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.45
TOOELE CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.46
TOOELE HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.47
TRIAD OF OREGON, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.48
WILLIAMSTON CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

2.49
WILLIAMSTON HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

CREDIT SUISSE AG, NEW YORK BRANCH, AS ADMIN AGENT TO THE ABL

☑ D
☐ E/F
☐ G

Debtor  Williamston Hospital Corporation
Name

Case number *(if known)* 23-11058 (BLS)

| 2.50 QUORUM HEALTH CORPORATION | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | LEASING ASSOCIATES OF BARRINGTON, INC. | ☐ D ☐ E/F ☑ G |

| 2.51 QUORUM HEALTH CORPORATION | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | LEASING ASSOCIATES OF BARRINGTON, INC. | ☑ D ☐ E/F ☑ G |

| 2.52 ANNA HOSPITAL CORPORATION | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN | ☑ D ☐ E/F ☐ G |

| 2.53 BIG BEND HOSPITAL CORPORATION | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN | ☑ D ☐ E/F ☐ G |

| 2.54 BIG SPRING HOSPITAL CORPORATION | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN | ☑ D ☐ E/F ☐ G |

| 2.55 BLUE ISLAND HOSPITAL COMPANY, LLC | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN | ☑ D ☐ E/F ☐ G |

| 2.56 BLUE ISLAND ILLINOIS HOLDINGS, LLC | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN | ☑ D ☐ E/F ☐ G |

| 2.57 BLUE RIDGE GEORGIA HOLDINGS, LLC | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN | ☑ D ☐ E/F ☐ G |

| 2.58 BLUE RIDGE GEORGIA HOSPITAL COMPANY LLC | 1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027 | UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN | ☑ D ☐ E/F ☐ G |

2.59
COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.60
CSRA HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.61
DEMING CLINIC CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.62
DEMING HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.63
DHSC, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.64
EVANSTON CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.65
EVANSTON HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.66
FORREST CITY ARKANSAS HOSPITAL COMPANY LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.67
FORREST CITY CLINIC COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.68
FORREST CITY
HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.69
FORT PAYNE CLINIC
CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.70
FORT PAYNE HOSPITAL
CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.71
FORT PAYNE RHC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.72
GRANITE CITY HOSPITAL
CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.73
GRANITE CITY ILLINOIS
HOSPITAL COMPANY
LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.74
HIDDEN VALLEY
MEDICAL CENTER, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.75
HOSPITAL OF BARSTOW,
INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.76
HOSPITAL OF LOUISA,
INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.77
JACKSON HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.78
JACKSON PHYSICIAN CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.79
KENTUCKY RIVER PHYSICIAN CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.80
MARION HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.81
MASSILLON COMMUNITY HEALTH SYSTEM LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.82
MASSILLON HEALTH SYSTEM LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.83
MASSILLON HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.84
MCKENZIE PHYSICIAN SERVICES, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.85
MCKENZIE TENNESSEE HOSPITAL COMPANY LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.86
MESQUITE CLINIC MANAGEMENT COMPANY LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.87
MMC OF NEVADA, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.88
MONROE HMA, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.89
MWMC HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.90
NATIONAL HEALTHCARE OF MT.VERNON, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.91
PAINTSVILLE HOSPITAL COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.92
PHILLIPS CLINIC COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.93
PHILLIPS HOSPITAL COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.94
QHC CALIFORNIA HOLDINGS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.95
QHC FINANCING SERVICES, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.96
QHCCS, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.97
QHG OF MASSILLON, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.98
QUORUM HEALTH CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.99
QUORUM HEALTH INVESTMENT COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.100
RED BUD HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.101
RED BUD ILLINOIS HOSPITAL COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.102
SAN MIGUEL CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.103
SAN MIGUEL HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.104
THREE RIVERS MEDICAL CLINICS, INC.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.105
TOOELE CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.106
TOOELE HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.107
TRIAD OF OREGON, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.108
WAUKEGAN CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.109
WAUKEGAN HOSPITAL CORPORATION

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.110
WAUKEGAN ILLINOIS HOSPITAL COMPANY, LLC

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

2.111
WILLIAMSTON CLINIC CORP.

1573 MALLORY LANE, SUITE 100, BRENTWOOD, TN 37027

UMB BANK, NATIONAL ASSOCIATION, AS ADMIN AGENT TO THE TERM LOAN AND LAST OUT TERM LOAN

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name: Williamston Hospital Corporation

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11058 (BLS)

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 08/17/2023 | /s/ Christopher M. Harrison |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Christopher M. Harrison |
| | Printed name |
| | Authorized Person |
| | Position or relationship to debtor |