IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WILLIAMSTON HOSPITAL CORPORATION[1] | ) ) ) | Case No. 23-11058 (BLS) |
| Debtor. | ) ) ) | Bid Deadline: June 16, 2025 at 12:00 p.m. (ET) Related D.I. 134 |

### NOTICE OF SEALED BID AUCTION FOR SALE OF CERTAIN CLAIMS AGAINST THE BLUE CROSS BLUE SHIELD ASSOCIATION AND ITS MEMBERS

**PLEASE TAKE NOTICE** that Don A. Beskrone, Chapter 7 Trustee of Williamston Hospital Corporation (the "Trustee"), on April 25, 2025 filed the *Motion of Don A. Beskrone, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), Fed. R. Bankr. P. 6004 and Local Rule 6004-1, For An Order Authorizing the Private Sale of Certain Claims Against the Blue Cross Blue Shield Association and Its Members* ("Sale Motion") [D.I. 134].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Sale Motion, the Trustee received a bid (the "RC Mid America Bid") for the assets (the "Sale Assets") subject to the Sale Motion from RC Mid America Liquidators LLC in the amount of $12,700.00 pursuant to an asset purchase agreement (the "RC Mid America APA") attached to the Sale Motion. Subsequent to the filing of the Sale Motion, the Trustee received competing bids (the "Competing Bids" and, together with the RC Mid America Bid, the "Bids") from (i) Clearwater Recovery Partners LLP in the amount of $14,000.00 and (ii) VMC Group LLC in the amount of $25,000.00.

**PLEASE TAKE FURTHER NOTICE** that, in order to realize and determine the best and highest offer for the Sale Assets, the Trustee will hold a sealed bid auction pursuant to the following terms:

- Any party that wishes to place a further bid ("Further Bid") may do so;
- All Further Bids shall be submitted solely to the Trustee via email at dbeskronetrustee@gmail.com and shall not be shared with any other party;
- Further Bids must identify the name of the party submitting the Further Bid and bid amount;
- The deadline for parties to submit Further Bids is June 16, 2025 at 12:00 p,m. ET;
- All Further Bids shall be the final and highest bid of the party making the Further Bid;

---

[1] The last four digits of Debtor's federal tax identification number are 9107. Debtor's mailing address is 1573 Mallory Lane, Suite 100, Brentwood, TN 37027.

{02128911;v1 }

- The terms of all Further Bids shall conform in all respects to the RC Mid America APA except for the name of the respective bidder(s) and the bid amount.

Following the receipt of any such sealed bid(s), the Trustee shall determine the highest and best bid for the Sale Assets, and thereafter shall (i) file a notice with the Bankruptcy Court identifying the highest and best bid, (ii) seek approval of the Bankruptcy Court to approve the sale of the Sale Assets to such party submitting the highest and best bid and (iii) provide notice of the date and time for the hearing to approve the sale.

Dated: June 4, 2025

**ASHBY & GEDDES, P.A.**

 */s/ Benjamin W. Keenan*
Ricardo Palacio (DE Bar No. 3765)
Benjamin W. Keenan (DE Bar No. 4724)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:  RPalacio@ashbygeddes.com
            BKeenan@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*