**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WILLIAMSTON HOSPITAL<br>CORPORATION[1]<br><br>            Debtor. | Chapter 7<br><br>Case No. 23-11058 (BLS)<br><br>Hearing date: June 30, 2025 at 11:00 a.m. (ET)<br>Obj. Deadline: June 23, 2025 at 4:00 p.m. (ET) |

## NOTICE OF SUCCESSFUL BIDDER

**PLEASE TAKE NOTICE** that on April 25, 2025, Don A. Beskrone, in his capacity as the Chapter 7 Trustee (the "Trustee") of the above-captioned debtor (the "Debtor") and its estate, filed his *Motion of Don A. Beskrone, Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 105(a) and 363(b), Fed. R. Bankr. P. 6004, and Local Rule 6004-1, for an Order Authorizing the Private Sale of Certain Claims Against the Blue Cross Blue Shield Association and Its Members* [D.I. 134] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Sale Motion, the Trustee received competing bids, and adjourned hearing on the Sale Motion in order to conduct a process that would elicit highest, best and final offers through the submission of sealed bids (the "Auction") to acquire and purchase the BCBS Claims (as defined in the Sale Motion) in accordance with form of asset purchase agreement used and set forth in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that consistent with the *Notice of Sealed Bid Auction for Sale of Certain Claims Against the Blue Cross Blue Shield Association and Its Members* [D.I. 149], any party interested in placing a bid for the BCBS Claims was required to do so by June 16, 2025 at 12:00 p.m. ET.

**PLEASE TAKE FURTHER NOTICE** that, as a result of the Auction, and having received three sealed bids, the Trustee has determined that the bid submitted by Clearwater Recovery Partners LLP (the "Successful Bidder") in the amount of $40,750.00 (forty thousand seven hundred fifty dollars) is the highest and best bid (the "Successful Bid") for the BCBS Claims, subject to final documentation and approval of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** THAT THE TRUSTEE WILL SEEK ENTRY OF AN ORDER (THE "SALE ORDER") APPROVING THE SALE OF THE ASSETS TO THE SUCCESSFUL BIDDER AT THE HEARING SCHEDULED FOR **JUNE 30, 2025 AT 11:00 A.M. (PREVAILING EASTERN TIME)** (THE "SALE HEARING"). THE SALE HEARING WILL BE HELD BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE AT THE UNITED STATES BANKRUPTCY

---

[1] The last four digits of Debtor's federal tax identification number are 9107. Debtor's mailing address is 1573 Mallory Lane, Suite 100, Brentwood, TN 37027.

COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Sale Order must be (a) in writing and served on or before **June 23, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Sale Order and asset purchase agreement for the Successful Bid will be filed with the Court in advance of the Sale Hearing.

| | |
|---|---|
| Dated: June 17, 2025<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Ricardo Palacio*<br>Ricardo Palacio (DE Bar No. 3765)<br>Benjamin W. Keenan (DE Bar No. 4724)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: RPalacio@ashbygeddes.com<br>             BKeenan@ashbygeddes.com<br><br>*Counsel to Don A. Beskrone, Chapter 7 Trustee to Williamston Hospital Corporation* |